Lisa D. Olle, Bar No. 228551
lolle@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>JOHN DOES 1-10, individuals; and JOHN<br>DOES 11-20, corporations,<br>              Defendants. | Case No. C-07-03404 HRL<br><br>**NOTICE OF MOTION AND<br>MOTION FOR LEAVE TO TAKE<br>DISCOVERY ON ACCRETIVE<br>TECHNOLOGY GROUP, INC. AND<br>FCI, INC.**<br><br>Date:      August 14, 2007<br>Time:      10:00 a.m.<br>Dept.:      2, 5th Floor<br>Before:   Honorable Howard R. Lloyd |

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

        PLEASE TAKE NOTICE that on August 14, 2007, at 10:30 a.m., in Department Two,

Fifth Floor of the Northern District of California, San Jose Division, 280 South First Street, San

Jose, CA 95113, before the Honorable Howard R. Lloyd, plaintiff Facebook, Inc. ("Facebook")

will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 26(d), on the

grounds that there is good cause for the Court to grant Facebook's Motion for Leave to Take

Discovery on Accretive Technology Group, Inc. ("Accretive") and FCI, Inc.

NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL

1    Facebook filed its complaint on June 28, 2007 alleging that the John Doe defendants

2  unlawfully accessed its website on 200,000 occasions in violation of the Computer Fraud and

3  Abuse Act, 18 U.S.C. § 1030 and the California Comprehensive Data Access and Fraud Act, Cal.

4  Penal Code § 502(c).  Facebook, relying on publicly available information, researched the

5  identity of the IP address and learned that IP Address 216.127.50.2 was unlawfully accessing its

6  proprietary computer system.  The data revealing the identity of the person or entity behind these

7  unlawful attempts is in Accretive's possession and could easily be deleted, overwritten, or

8  otherwise destroyed.  Furthermore, apart from the information on Accretive's server, Facebook

9  does not have any other reasonable means to learn the identity of IP Address 216.127.50.20.

10  Facebook has good cause to proceed with its discovery on Accretive and FCI, Inc., pursuant to

11  Rule 26(d), since its case will not proceed without the information that is currently in Accretive's

12  possession.

13    The motion will be based upon this notice of motion and motion, the attached points and

14  authorities, the files and records of this action, and any further evidence and argument that the

15  Court may receive at or before the hearing.

16

17  DATED:  July 3, 2007                              **PERKINS COIE** LLP

18

19                                                    By:_____/s/_____
                                                             Lisa D. Olle

20                                                    Attorneys for Plaintiff
                                                      FACEBOOK, INC.
21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13373318.1