Lisa D. Olle, Bar No. 228551
lolle@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>**DECLARATION OF JAMES R. McCULLAGH IN SUPPORT OF MOTION FOR LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI, INC.**<br><br>Date: August 14, 2007<br>Time: 10:00 a.m.<br>Dept.: 2, 5th Floor<br>Before: Honorable Howard R. Lloyd |

James R. McCullagh declares:

1. I am a partner at the law firm of Perkins Coie LLP, and represent Facebook, Inc. ("Facebook") in this matter. I am competent to make this declaration.

2. On June 15, 2007, I sent a preservation request to the ISP of record for IP address 216.127.50.20. A true and correct copy of the Whois record for IP address 216.127.50.20 is attached hereto as Exhibit A.

3. A true and correct copy of the letter I sent to Accretive Inc. on behalf of Facebook is attached hereto as Exhibit B.

DECLARATION OF JAMES R. McCULLAGH ISO MOTION FOR
LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY
GROUP, INC. AND FCI, INC.                                CASE NO. C-07-03404 HRL

4. On June 25, 2007, I contacted Accretive regarding the steps they had taken to comply with Facebook's preservation request. At that time I learned that representatives for Accretive would not be willing to voluntarily provide Facebook with a copy of the server log from the computer server handing IP Address 216.127.50.20

5. Accretive representatives identified the customer that controlled IP Address 216.127.50.20 during the period from March 15 through June 20 as "Dilyweb Limited," with incomplete and circumspect addresses in either Cyprus or Ontario, Canada. Accretive provided no further information regarding the identity or contact information for "Dilyweb Limited." The true owner of the server has hidden his identity by providing incomplete registration information for its domain registration.

6. Accretive's representatives stated that the server is physically located at their Seattle, Washington facility, but that they would not voluntarily provide Facebook with the requested information.

7. I have been given no assurances that Accretive complied with, or took steps to insure that the owners of the subject server complied with the requests of my letter to Accretive to preserve information related to IP address 216.127.50.20. I understand that log information on a server is ephemeral, and is often stored only temporarily, and may be overwritten within a short period of time, sometimes as soon as thirty days after it is originally stored.

8. Attached hereto as Exhibit C is a true and correct copy of the proposed subpoena that Facebook seeks leave of court to serve on Accretive Technology Group, Inc. and FCI, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 3rd day of July 2007, at Seattle, Washington.

James R. McCullagh

60406-0005/LEGAL13368571.1

-2-

DECLARATION OF JAMES R. McCULLAGH ISO MOTION FOR
LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY
GROUP, INC. AND FCI, INC.                                           CASE NO. C-07-03404 HRL