# EXHIBIT A

**to the Declaration of James R. McCullagh in Support of Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI, Inc.**

# Output from ARIN WHOIS

ARIN Home Page   ARIN Site Map   ARIN WHOIS Help   Tutorial on Querying ARIN's WHOIS

Search for : [          ]  Submit Query

## Search results for: 216.127.50.20

```
OrgName:    Accretive Technology Group, Inc.
OrgID:      ACCR
Address:    2019 3rd Ave. Suite 200
City:       Seattle
StateProv:  WA
PostalCode: 98121
Country:    US

ReferralServer: rwhois://rwhois.accretive-networks.net:4321

NetRange:   216.127.32.0 - 216.127.63.255
CIDR:       216.127.32.0/19
NetName:    ANI-002
NetHandle:  NET-216-127-32-0-1
Parent:     NET-216-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.ACCRETIVETG.NET
NameServer: NS2.ACCRETIVETG.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-07-25
Updated:    2006-10-23

RAbuseHandle: IA102-ARIN
RAbuseName:   Accretive Networks Inc
RAbusePhone:  +1-206-269-0190
RAbuseEmail:  abuse@accretive-networks.net

RNOCHandle: NOC152-ARIN
RNOCName:   Accretive Networks Operations Center
RNOCPhone:  +1-206-269-0190
RNOCEmail:  noc@accretive-networks.net

RTechHandle: NET-ARIN
RTechName:   Accretive Networks Network Engineering
RTechPhone:  +1-206-269-0190
RTechEmail:  neteng@accretive-networks.net

OrgAbuseHandle: IA102-ARIN
OrgAbuseName:   Accretive Networks Inc
OrgAbusePhone:  +1-206-269-0190
OrgAbuseEmail:  abuse@accretive-networks.net

OrgNOCHandle: NOC152-ARIN
OrgNOCName:   Accretive Networks Operations Center
OrgNOCPhone:  +1-206-269-0190
OrgNOCEmail:  noc@accretive-networks.net

OrgTechHandle: NET-ARIN
OrgTechName:   Accretive Networks Network Engineering
OrgTechPhone:  +1-206-269-0190
OrgTechEmail:  neteng@accretive-networks.net

# ARIN WHOIS database, last updated 2007-07-02 19:10
```

```
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

*If contact information is out of date or incorrect, please contact* hostmaster@arin.net. *Include all relevant information in your e-mail and ARIN will investigate the matter.*