# EXHIBIT B

**to the Declaration of James R. McCullagh in Support of Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI, Inc.**



James R. McCullagh
PHONE  (206) 359-6329
FAX:    (206) 359-7329
EMAIL:  JMcCullagh@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

**VIA EMAIL AND OVERNIGHT MAIL**

June 15, 2007

Accretive Technology Group, Inc.
2019 3rd Ave. Suite 200
Seattle WA  98121

Dear Accretive Technology Group:

We represent Facebook Inc. and are writing to request your assistance in preserving certain network records related to recent attempted unauthorized access and use of Facebook's proprietary computer systems. Facebook's investigation has identified communications originating from 216.127.50.20 (aka slick17.hosting.flyingcroc.net) as a possible source of unauthorized access attempts occurring from the period of May 15, 2007 through June 14, 2007. In response to Facebook's report of that abuse to you at abuse@acretive-networks.net you disabled this IP address from accessing the netblock 204.15.20.0 – 204.15.20.22.

**We request that Accretive Technologies take immediate steps to preserve all logs, records, data, documentation and other information relating to IP address 216.127.50.20, including, but not limited to, information regarding the identity, contact, and billing information for users of this address, all customer service interactions, and all logs and records of all activity, including messages and HTTP traffic received and sent, from this IP address to the Facebook addresses identified by netblock 204.15.20.0/22 from May 15, 2007 through and including June 14, 2007.**

Very truly yours,

*[signature]*
James R. McCullagh

60406-0005/LEGAL13325763.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates