Lisa D. Olle, Bar No. 228551
lolle@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI, INC.**<br><br>Date:    August 14, 2007<br>Time:   10:00 a.m.<br>Dept.:   2, 5th Floor<br>Before:  Honorable Howard R. Lloyd |

The Court, having considered plaintiff FACEBOOK, Inc.'s motion for leave to take discovery on Accretive Technology Group, Inc.'s ("Accretive") and FCI, Inc. ("FCI"), hereby GRANTS the motion. Therefore, it is hereby:

ORDERED that plaintiff may serve immediate discovery on Accretive and FCI, including by serving a subpoena in the form attached as Exhibit C to the Declaration of James R. McCullagh; and it is further

---

[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY
ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI, INC.                     Case No. C-07-03404 HRL

1  ORDERED that should Accretive and FCI be unable for any reason to provide Facebook
2  with the server logs from the server handling IP 216.127.50.20 for the period from May 15, 2007
3  to June 20, 2007, Accretive and FCI shall permit a computer forensic expert access to the subject
4  computer server, including providing to the expert any necessary passwords known by
5  Accretive/FCI to enable the forensic expert to obtain an copy of the hard drive; and it is further
6  ORDERED that in the event that a image of hard disk of the server handling IP
7  216.127.50.20 for the period from May 15, 2007 to June 20, 2007 is obtained by a computer
8  forensic expert, that person shall conduct the minimum investigation necessary to identify and
9  extract the server logs from the information contained on the hard disk; and it is further
10 ORDERED that should Facebook believe it is necessary to obtain any other information
11 that may be contained on the hard disk, then it shall first explain to this court why such other
12 information is needed and obtain an order from this court before conducting any further
13 investigation of the hard drive.
14 IT IS SO ORDERED.
15 Dated this _____ day of _____, 2007.

18  The Honorable Howard R. Lloyd

20 Presented by:

22 **PERKINS COIE LLP**
23 By:_____/s/_____
24          Lisa D. Olle
25 Attorney for Plaintiff FACEBOOK, Inc.

- 2 -
[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY
ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI, INC.    Case No. C-07-03404 HRL