Lisa D. Olle, Bar No. 228551
lolle@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, <br><br> Defendants. | Case No. C-07-03404 HRL <br><br> **DECLARATION OF LISA D. OLLE IN SUPPORT OF *EX PARTE* APPLICATION FOR HEARING ON FACEBOOK, INC.'S MOTION FOR LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI INC.** <br><br> Date:     August 14, 2007 <br> Time:    10:00 a.m. <br> Dept.:    2, 5th Floor <br> Before:  Honorable Howard R. Lloyd |

I, Lisa D. Olle, declare as follows:

1. I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true.  If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of California and am an associate with the law firm of Perkins Coie LLP, attorneys for Plaintiff Facebook, Inc. ("Facebook") in the above-captioned matter.  This declaration is filed in support of Facebook's

1  Application for an Order Shortening Time submitted herewith to have its Motion for Leave to
2  Take Discovery on Accretive Technology Group, Inc. and FCI Inc. ("Application") heard by this
3  Court as soon as the Court's calendar permits.
4      3.    Time is of the essence in this case since the identities of the John Doe defendants
5  that are unlawfully accessing Facebook's website are likely in the possession of third-parties,
6  Accretive Technology Group, Inc. ("Accretive") and FCI Inc. ("FCI").
7      4.    To date, both Accretive and FCI have refused to voluntarily provide Facebook with
8  the information necessary for Facebook to learn the identities of the person(s) or entities associated
9  with IP Address 216.127.50.20.
10     5.    The information and data revealing the identity of the person(s) or entities
11 associated with IP Address 216.127.50.20 is very likely to be in Accretive's possession and could
12 easily be deleted, overwritten, or otherwise destroyed.
13     6.    Apart from the information on Accretive's server, Facebook does not have any
14 other reasonable means to learn the identity of the persons controlling IP Address 216.127.50.20
15 during the period in which this IP address accessed Facebook's computer system without
16 authorization.
17     7.    I have not spoken with counsel for the John Doe defendants since the defendants'
18 identities are presently unknown.
19     8.    Attached hereto as Exhibit A is a true and correct copy of the letter sent to
20 Accretive on June 15, 2007.
21     9.    Attached hereto as Exhibit B is a true and correct copy of the letter sent to FCI, Inc.
22 on June 15, 2007.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 2 -

DECLARATION OF LISA D. OLLE
CASE NO. C-07-03404 HRL

1. 10. On behalf of Facebook, I respectfully request the Court to set this Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI, Inc. as soon as the Court's calendar permits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of July 2007 at San Francisco, California.

/S/
Lisa D. Olle

91004-1100/LEGAL13371688.1

- 3 -
DECLARATION OF LISA D. OLLE
CASE NO. C-07-03404 HRL