\

# EXHIBIT B

to the Declaration of Lisa D. Olle in Support of *Ex Parte* Application for Hearing on Facebook, Inc.'s Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI, Inc.



James R. McCullagh
PHONE: (206) 359-6329
FAX:   (206) 359-7329
EMAIL: JMcCullagh@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

**VIA FACSIMILE AND OVERNIGHT MAIL**

June 15, 2007

Flying Crocodile Incorporated
417 Virginia Avenue, Suite 200
Seattle WA  98121

Dear Flying Crocodile, Inc.:

We represent Facebook Inc. and are writing to request your assistance in preserving certain network records related to recent attempted unauthorized access and use of Facebook's proprietary computer systems. Facebook's investigation has identified communications originating from 216.127.50.20 (aka slick17.hosting.flyingcroc.net) as a possible source of unauthorized access attempts occurring from the period of May 15, 2007 through June 14, 2007.

**We request that Flying Crocodile, Inc. take immediate steps to preserve all logs, records, data, documentation and other information relating to IP address 216.127.50.20, including, but not limited to, information regarding the identity, contact, and billing information for users of this address, all customer service interactions, and all logs and records of all activity, including messages and HTTP traffic received and sent, from this IP address to the Facebook addresses identified by netblock 204.15.20.0/22 from May 15, 2007 through and including June 14, 2007.**

Very truly yours,

*[signature]*

James R. McCullagh

60406-0005/LEGAL13326225.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates