| | |
|---|---|
| 1 | Lisa D. Olle, Bar No. 228551 |
| | lolle@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 3 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| 4 | Facsimile: 415.344.7050 |
| 5 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON FACEBOOK, INC.'S MOTION FOR LEAVE TO TAKE DISCOVERY ON ACCRETIVE TECHNOLOGY GROUP, INC. AND FCI, INC.** |
| v. | |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| Defendants. | Date: August 14, 2007<br>Time: 10:00 a.m.<br>Dept.: 2, 5th Floor<br>Before: Honorable Howard R. Lloyd |

Upon considering the *Ex Parte* Application by Facebook, Inc. for Order Shortening Time for Hearing on Facebook, Inc.'s Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI Inc., the Court having considered the moving papers, files in the record, and good cause having been shown:

[PROPOSED ORDER] GRANTING *EX PARTE* APPLICATION
CASE NO. C-07-03404 HRL

- 2 -

1    IT IS HEREBY ORDERED that Facebook's motion is granted. The hearing for the
2  Motion for Leave to Take Discovery on Accretive Technology Group, Inc. and FCI Inc. will be
3  rescheduled for _____.
4    Dated this ____ day of July 2007.

_____
The Honorable Howard R. Lloyd

Presented by:

PERKINS COIE LLP

By: _____/S/_____
         Lisa D. Olle

Attorneys for Plaintiff FACEBOOK, Inc.

91004-1100/LEGAL13372362.1

- 2 -
[PROPOSED ORDER] GRANTING *EX PARTE* APPLICATION
CASE NO. C-07-03404 HRL