United States District Court
For the Northern District of California

***E-FILED: 7.13.2007***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10, individuals and JOHN DOES 11-20, corporations,<br><br>    Defendants.<br>_____/ | No. C07-03404 HRL<br><br>**ORDER (1) DENYING AS MOOT MOTION FOR ORDER SHORTENING TIME; AND (2) GRANTING IN PART PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO CONDUCT DISCOVERY**<br><br>**[Re: Docket Nos. 3 and 7]** |

Plaintiff Facebook, Inc. ("Facebook") moves for leave to conduct expedited discovery. It also requests that its motion be heard on shortened time. Pursuant to Civil Local Rule 7-1(b), the court finds that the matter is appropriate for determination without oral argument, and the motion for an order shortening time is denied as moot. Upon consideration of the papers presented, IT IS ORDERED THAT:

    1.    Facebook may serve immediate discovery on Accretive Technology Group, Inc. and FCI, Inc. to obtain the identity of the Doe defendants by serving a Fed. R. Civ. P. 45 subpoena that seeks documents which are sufficient to identify each defendant, including names, addresses, telephone numbers, e-mail addresses, registration, assignment, and other information associated with the Internet Protocol Address identified in the complaint.

    2.    Facebook's motion for an order permitting it to obtain an image of hard drive(s) is denied without prejudice to renew the request upon a showing that other documentation is

1  unavailable or that such further discovery is warranted.

2      3.    Any information disclosed to Facebook in response to its subpoena may be used
3  by Facebook solely for the purpose of protecting its rights in the instant litigation.

5  Dated:  July 13, 2007

                HOWARD R. LLOYD
                UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**5:07-cv-3404 Notice will be electronically mailed to**:

Lisa Delehunt ldelehunt@perkinscoie.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**