**ORIGINAL**

1   Lisa Delehunt Olle (State Bar No. 228551)
    lolle@perkinscoie.com
2   Perkins Coie LLP
3   Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111
4   Tel.: (415) 344-7000
5   Fax: (415) 344-7050

6   Joseph P. Cutler, *pro hac vice*
    jcutler@perkinscoie.com
7   James R. McCullagh, *pro hac vice*
    Jmccullagh@perkinscoie.com
8   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
    Seattle, WA 98101
9   Telephone: 206-359-8000
    Facsimile: 206-359-9000
10




Filed
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11   Attorneys for Plaintiff
    FACEBOOK, INC., a Delaware corporation

12

13            UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                  SAN JOSE DIVISION

16

| | |
|---|---|
| 17   FACEBOOK, INC., a Delaware corporation, | Case No. C07-03404 HRL |
| 18 | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 19           Plaintiff, | |
| 20   v. | |
| 21   JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| 22           Defendants. | |

23

24       Pursuant to Civil L.R. 11-3, James R. McCullagh, an active member in good standing of

25   the bar of Washington State, Western and Eastern District Courts of Washington, and Ninth

26   Circuit Court of Appeals, hereby applies for admission to practice in the Northern District of

27   California on a *pro hac vice* basis representing Plaintiff FACEBOOK, INC. in the above-entitled

28   action.

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE C07-03404 HRL     -1-
60406-0005/LEGAL13366242.1

1 | In support of this application, I certify on oath that:

2 | 1. I am an active member in good standing of the bar of Washington State and the Ninth Circuit Court of Appeals, as indicated above;

3 | 2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic case filing, and to become familiar with Local Rules and the Alternative Dispute Resolution programs of this Court; and,

4 | 3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lisa Delehunt Olle (State Bar No. 228551)
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 13, 2007

_____
James R. McCullagh

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE  C07-03404 HRL         -2-
60406-0005/LEGAL13366242.1