ORIGINAL

*Filed JUL 17 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

Lisa Delehunt Olle (State Bar No. 228551)
lolle@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

Joseph P. Cutler, *pro hac vice*
jcutler@perkinscoie.com
James R. McCullagh, *pro hac vice*
Jmccullagh@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations.,<br><br>Defendants. | Case No. C07-03404 HRL<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Joseph P. Cutler, an active member in good standing of the bar of Washington State, Western District of Washington, and Ninth Circuit Court of Appeals, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff FACEBOOK, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of Washington State and the Ninth Circuit Court of Appeals, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic case filing, and to become familiar with Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Lisa Delehunt Olle (State Bar No. 228551)
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 2, 2007

_____
Joseph P. Cutler

APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE C07-03404 HRL      -2-
60406-0005/LEGAL13366215.1