ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
JUL 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC., a Delaware corporation,

   Plaintiff,

  v.

JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations.,

   Defendants.

Case No. C07-03404 HRL

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

  Joseph P. Cutler, an active member in good standing of the bar of Washington State, Western District of Washington, and Ninth Circuit Court of Appeals, whose business address and telephone number is Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101, (206) 359-8000, having applied in the above-entitled action for admission to practice on the Northern District of California on a *pro hac vice* basis, representing FACEBOOK, INC.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7/18, 2007

               United States Magistrate Judge
               HOWARD R. LLOYD

RECEIVED
JUL 17 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF   -1-
ATTORNEY PRO HAC VICE C07-03404 HRL