Lisa D. Olle (State Bar No. 228551)
lolle@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

Joseph P. Cutler, *pro hac vice*
jcutler@perkinscoie.com
James R. McCullagh, *pro hac vice*
Jmccullagh@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C07-03404 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have the United States Judge conduct and any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

//

//

---

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. C07 03404 HRL
60406-0005/LEGAL13577683.1

1  judgment shall be taken directly to the United State Court of Appeals for the Ninth Circuit.

3  Dated: September 20, 2007

                                                  /S/
                                  Lisa D. Olle
                                  Attorneys for Plaintiff
                                  FACEBOOK, INC., a Delaware corporation

2
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. C07 03404 HRL
60406-0005/LEGAL13577683.1