David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Lisa D. Olle (State Bar No. 228551)
lolle@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

Joseph P. Cutler, *pro hac vice*
jcutler@perkinscoie.com
James R. McCullagh, *pro hac vice*
Jmccullagh@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone:  206-359-8000
Facsimile:  206-359-9000

Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, <br><br> Defendants. | Case No. C07-03404 HRL <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

    Notice is hereby give that David P. Chiappetta of Perkins Coie LLP is appearing as

additional counsel of record for plaintiff Facebook, Inc. in this action.  Plaintiff respectfully

requests that Mr. Chiappetta (dchiappetta@perkinscoie.com) be added to this Court's electronic

//

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C07 03404 HRL
60406-0014/LEGAL13580852.1

1  distribution list.

2  Dated: September 20, 2007

3

4

5                                                            _____/S/_____
                                                             Lisa D. Olle
6                                                            Attorneys for Plaintiff
                                                             FACEBOOK, INC., a Delaware corporation
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2
NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C07 03404 HRL
60406-0014/LEGAL13580852.1