| | |
|---|---|
| 1 | James McCullagh, *pro hac vice*<br>jmccullagh@perkinscoie.com |
| 2 | Joesph Cutler, *pro hac vice*<br>jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA 98101<br>Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099<br>dchiappetta@perkinscoie.com |
| 7 | Lisa D. Olle, Bar No. 228551<br>lolle@perkinscoie.com |
| 8 | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400 |
| 9 | San Francisco, CA 94111-4131<br>Telephone: 415.344.7000 |
| 10 | Facsimile: 415.344.7050 |
| 11 | Attorneys for Plaintiff<br>FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>**DECLARATION OF LISA D. OLLE IN SUPPORT OF *EX PARTE* APPLICATION FOR HEARING ON FACEBOOK, INC.'S MOTION FOR LEAVE TO TAKE FURTHER DISCOVERY, TO ISSUE LETTERS ROGATORY, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: October 23, 2007<br>Time: 10:00 a.m.<br>Dept.: 2, 5th Floor<br>Before: Honorable Howard R. Lloyd |

I, Lisa D. Olle, declare as follows:

DECLARATION OF LISA D. OLLE
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13567757.1

1. I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of California and am an associate with the law firm of Perkins Coie LLP, attorneys for Plaintiff Facebook, Inc. ("Facebook") in the above-captioned matter. This declaration is filed in support of Facebook's Application for an Order Shortening Time submitted herewith to have its Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference ("Application") heard by this Court as soon as the Court's calendar permits.

3. Time is of the essence in this case since the identities of the John Doe defendants that are unlawfully accessing Facebook's website are likely in the possession of third-parties, Look Communications Inc. ("Look") and Rogers Cable Communications Inc. ("Rogers").

4. Apart from the information on Look's and Rogers' servers, Facebook does not have any other reasonable means to learn the identity of the persons controlling IP Address 216.127.50.20 during the period in which this IP address accessed Facebook's computer system without authorization.

5. On behalf of Facebook, I respectfully request the Court to set this Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference as soon as the Court's calendar permits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of September 2007 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　Lisa D. Olle