| | |
|---|---|
| 1 | James McCullagh, *pro hac vice* <br> jmccullagh@perkinscoie.com |
| 2 | Joesph Cutler, *pro hac vice* <br> jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP <br> 1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA  98101 <br> Telephone:  206.359.8000 |
| 5 | Facsimile:  206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099 <br> dchiappetta@perkinscoie.com |
| 7 | Lisa D. Olle, Bar No. 228551 <br> lolle@perkinscoie.com |
| 8 | PERKINS COIE LLP <br> Four Embarcadero Center, Suite 2400 |
| 9 | San Francisco, CA  94111-4131 <br> Telephone:  415.344.7000 |
| 10 | Facsimile:  415.344.7050 |
| 11 | Attorneys for Plaintiff <br> FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, <br><br> Defendants. | Case No. C-07-03404 HRL <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON FACEBOOK, INC.'S MOTION FOR LEAVE TO TAKE FURTHER DISCOVERY, TO ISSUE LETTERS ROGATORY, AND TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date:    October 23, 2007 <br> Time:    10:00 a.m. <br> Dept.:   2, 5th Floor <br> Before:  Honorable Howard R. Lloyd |

Upon considering the *Ex Parte* Application by Facebook, Inc. for Order Shortening Time for Hearing on Facebook, Inc.'s Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference, the Court having considered the moving

[PROPOSED ORDER] GRANTING *EX PARTE* APPLICATION
CASE NO.  C-07-03404 HRL

papers, files in the record, and good cause having been shown:

IT IS HEREBY ORDERED that Facebook's motion is granted. The hearing for the Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference will be rescheduled for _____.

Dated this ____ day of September 2007.

_____
The Honorable Howard R. Lloyd

Presented by:

PERKINS COIE LLP

By: _____/S/_____
          Lisa D. Olle

Attorneys for Plaintiff FACEBOOK, Inc.