1  James McCullagh, *pro hac vice*
   jmccullagh@perkinscoie.com
2  Joesph Cutler, *pro hac vice*
   jcutler@perkinscoie.com
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
4  Seattle, WA 98101
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000

6  David P. Chiappetta, Bar No. 172099
   dchiappetta@perkinscoie.com
7  Lisa D. Olle, Bar No. 228551
   lolle@perkinscoie.com
8  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
9  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
10 Facsimile: 415.344.7050

11 Attorneys for Plaintiff
   FACEBOOK, INC.
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                           **SAN JOSE DIVISION**

16

17 FACEBOOK, INC.,                          Case No. C-07-03404 HRL
   a Delaware corporation,
18                                          **NOTICE OF MOTION AND**
                    Plaintiff,              **MOTION FOR LEAVE TO TAKE**
19                                          **FURTHER DISCOVERY, TO ISSUE**
          v.                                **LETTERS ROGATORY, AND TO**
20                                          **CONTINUE CASE MANAGEMENT**
   JOHN DOES 1-10, individuals; and JOHN    **CONFERENCE**
21 DOES 11-20, corporations,
                    Defendants.             Date:    October 23, 2007
22                                          Time:    10:00 a.m.
                                            Dept.:   2, 5th Floor
23                                          Before:  Honorable Howard R. Lloyd

24

25

26 **TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

27

28
   NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE DISCOVERY
   CASE NO. C-07-03404 HRL
   91004-1100/LEGAL13565020.1

1   PLEASE TAKE NOTICE that on October 23, 2007, at 10:00 a.m., in Department Two, Fifth Floor of the Northern District of California, San Jose Division, 280 South First Street, San Jose, CA 95113, before the Honorable Howard R. Lloyd, plaintiff Facebook, Inc. ("Facebook") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 26(d), on the grounds that there is good cause for the Court to grant Facebook's Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference.

Facebook filed its complaint on June 28, 2007 alleging that the John Doe defendants unlawfully accessed its website on 200,000 occasions in violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 and the California Comprehensive Data Access and Fraud Act, Cal. Penal Code § 502(c). Facebook, relying on publicly available information, researched the identity of the IP address and learned that IP Address 216.127.50.2 was unlawfully accessing its proprietary computer system. On July 13, 2007, the Court granted Facebook's *Ex Parte* Motion, in part, for leave to take discovery on Accretive Technology Group, Inc. ("Accretive"), based on Facebook's good faith belief that Accretive had data in its possession revealing the identity of the person or entity behind these unlawful attempts.

Subsequently, Facebook served a subpoena on Accretive, pursuant to Rule 45 of the Federal Rules of Civil Procedure. In response to this subpoena, Accretive provided Facebook with server logs indicating that IP addresses belonging to Look and Rogers were the sources of the scripted attacks occurring on Facebook's computer system. On September 6, 2007, Facebook sent preservation letters to both Look and Rogers requesting that they preserve all logs, records, data, and other information relating to these IP addresses. Apart from the information on Look's and Rogers' servers, Facebook does not have any other reasonable means to learn the identities of these IP addresses. Facebook has good cause to proceed with its discovery on Look and Rogers, pursuant to Rule 26(d), since its case will not proceed without the information currently in Rogers' and Look's possession.

///

///

1    The motion will be based upon this notice of motion and motion, the attached points and
2 authorities, the files and records of this action, and any further evidence and argument that the
3 Court may receive at or before the hearing.

5 DATED: September 20, 2007            **PERKINS COIE LLP**

7            By: _____/s/_____
                     Lisa D. Olle

8 Attorneys for Plaintiff
   FACEBOOK, INC.

---
3
NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13565020.1