Case 5:07-cv-03404-HRL   Document 22   Filed 09/20/2007   Page 1 of 3

James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

David P. Chiappetta, Bar No. 172099
dchiappetta@perkinscoie.com
Lisa D. Olle, Bar No. 228551
lolle@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>                    Defendants. | Case No. C-07-03404 HRL<br><br>**DECLARATION OF JOSEPH CUTLER IN SUPPORT OF MOTION FOR LEAVE TO TAKE FURTHER DISCOVERY, TO ISSUE LETTERS ROGATORY, AND TO CONTINUE CASE SCHEDULING CONFERENCE**<br><br>Date:      October 23, 2007<br>Time:     10:00 a.m.<br>Dept.:    2, 5th Floor<br>Before:  Honorable Howard R. Lloyd |

Joseph Cutler declares:

1.     I am an attorney at the law firm of Perkins Coie LLP, and represent Facebook, Inc. ("Facebook") in this matter. I am competent to make this declaration.

2.     On September 6, 2007, I sent a preservation request to Look Communications Inc., ("Look") the ISP of record for IP address 207.136.118.110. A true and correct copy of the letter I sent to Look on behalf of Facebook is attached hereto as Exhibit A.

3.     On September 6, 2007, I sent a preservation request to Rogers Cable Communications Inc., ("Rogers") the ISP of record for IP address 74.117.158.224. A true and correct copy of the letter I sent to Rogers on behalf of Facebook is attached hereto as Exhibit B.

4.     On September 10, 2007, I received an email from Dana Drake, Senior Law Clerk for Rogers Communications Inc., informing me that the information related to IP address 74.117.158.224 had been preserved, but that Rogers Communications would not provide me with the subscriber information or server log data for that IP address unless and until Facebook obtained a court order from a Canadian court in Ontario via service of letter rogatory. A true and correct copy of the e-mail I received from Dana Drake is attached hereto as Exhibit C. I understand that Look Communications Inc. has also preserved the information related to IP address 207.136.118.110 and that they also require a court order from a Canadian court in order to release the requested information to Facebook.

5.     Attached hereto as Exhibit D are two true and correct copies of the proposed letter rogatory to Look Communications Inc.

6.     Attached hereto as Exhibit E are two true and correct copies of the proposed letter rogatory to Rogers Communications Inc.

7.     The information that Facebook has received to date is inconclusive, but leads Facebook to believe that additional relevant and necessary information to identify defendants will be obtained in response to its request for information from Rogers and Look.

8.     I have investigated the process for obtaining a court order from a Canadian court authorizing the release of information requested by Facebook and understand once we provide the the letters rogatory with the U.S. court's seal affixed to Facebook's Canadian counsel, it usually

- 2 -
DECLARATION OF JOSEPH CUTLER ISO MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13565401.1

takes approximately one month to receive permission to issue a subpoena to obtain evidence or information from an Internet Service Provider.

9. In addition to the approximately four weeks needed to obtain a subpoena from a Canadian court once this court authorizes the additional discovery, I expect that it will take approximately two weeks for Rogers and Look to respond to the subpoenas. Once Facebook receives this information from Rogers and Look, it will need to analyze the information and amend its complaint to identify the then known defendants, and serve the defendants. The defendants will then have the time allotted by the Rules of Civil Procedure to respond to the complaint.

10. Facebook has worked diligently to discover the identities of the John Does in this suit, including sending a subpoena to Accretive Technology Group, Inc. ("Accretive"), corresponding at length with Accretive's technical staff and counsel, and reviewing the documents and information produced by Accretive. Facebook is committed to identifying, naming, locating, and serving the defendants in this case as expeditiously as possible.

11. Given the challenges presented by the Doe defendants' efforts to conceal their true identity, Facebook has not yet been able to identify defendants, but believes that it should be able to do so within 8 weeks of the court's order permitting Facebook to conduct additional discovery. Facebook will promptly seek to serve defendants. In light of the difficulties that Facebook has encountered and its reasonable belief that it will take at least 8 to 10 weeks to identify and serve defendants, Facebook requests that the court continue the case management conference deadline from October 2, 2007 to December 24, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 20th day of September 2007, at Seattle, Washington.

/s/
Joseph Cutler

- 3 -
DECLARATION OF JOSEPH CUTLER ISO MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13565401.1