# Exhibit A

Dockets.Justia.com



Joseph P. Cutler
PHONE 206.359.6104
FAX 206.359.7104
EMAIL jcutler@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206.359.8000
FAX 206.359.9000
www.perkinscoie.com

September 6, 2007

***Sent via overnight mail (signature required)***

**FEDERAL EXPRESS**
**OVERNIGHT DELIVERY**
Look Communications Inc.
8250 Lawson Road
Milton, Ontario
L9T 5C6
Canada

**Re:    Abuse by IP Address 207.136.118.110**

Dear Sir/Madam:

We represent Facebook, Inc. ("Facebook"). Facebook recently experienced unauthorized access to, and malicious use of, its proprietary computer systems. Facebook's investigation has identified IP address 66.90.72.162 as a source of unauthorized access and use of this IP address to launch scripted attacks on Facebook's computer system occurring between May 1 and June 30, 2007. A user associated with this IP address initiated hundreds of thousands of unauthorized requests on Facebook's computer system during this period of time. We understand that Look Communications Inc. ("Look") owns this IP address.

The above mentioned activities interfered with Facebook's computer system and accordingly violated Look's Internet Hosting Terms and Conditions ("Terms and Conditions") which prohibits users from engaging in "unauthorized attempts to use or gain access to any account or computer resource not belonging to [them]". We request your assistance and cooperation in identifying the individual(s) responsible for this activity. **In addition, we request that Look take immediate steps to preserve all logs, records, data, documentation and other information relating to this IP address, including, but not limited to, information regarding the identity, contact, billing information for users of this IP address, and logs and records of all activity, including messages received and sent, from this IP address to date.**

ANCHORAGE  BEIJING  BELLEVUE  BOISE  CHICAGO  DENVER  LOS ANGELES  MENLO PARK
OLYMPIA  PHOENIX  PORTLAND · SAN FRANCISCO  SEATTLE  SHANGHAI · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

September 6, 2007
Page 2

Thank you for your assistance and cooperation.  Please verify by Thursday, September 13, that you received this request.  If you have any questions, please contact me immediately at (206) 359-6104.

Very truly yours,

Joseph P. Cutler

JPC:jpc

cc:    Facebook, Inc.

# Exhibit B



Joseph P. Cutler
PHONE 206.359.6104
FAX  206.359.7104
EMAIL jcutler@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE 206.359.8000
FAX 206.359.9000
www.perkinscoie.com

September 6, 2007

*Sent via electronic mail and overnight mail (signature required)*

**FEDERAL EXPRESS**
**OVERNIGHT DELIVERY**
Rogers Cable Communications Inc.
333 Bloor Street E., 9th Floor
Toronto, Ontario
M4W 1G9
CANADA
abuse@rogers.com

Re:    **Abuse by IP Address 74.117.158.224**

Dear Sir/Madam:

We represent Facebook, Inc. ("Facebook"). Facebook recently experienced
unauthorized access to, and malicious use of, its proprietary computer systems.
Facebook's investigation has identified IP address <u>74.117.158.224</u> as a source of
scripted attacks on Facebook's computer system occurring between May 1 and June
30, 2007. A user associated with this IP address initiated hundreds of thousands
unauthorized requests on Facebook's computer system during this period of time. We
understand that Rogers Cable Communications Inc. ("Rogers Cable
Communications") owns this IP address.

The above mentioned activities interfered with Facebook's computer system and
constitute violations of United States law as well as violations of Rogers Cable
Communications' Acceptable Use Policy, which includes prohibitions on
"interfer[ing] with computer networking or telecommunications service to or from
any Internet user, host, provider or network, including but not limited to denying
service attacks, overloading a service, improperly seizing or abusing operator
privileges ("hacking"), or attempting to "crash" a host."

91004-1100/LEGAL13540002.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA   PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

September 6, 2007
Page 2

We request your assistance and cooperation in identifying the individual(s) responsible for this activity.  **In addition, we request that Rogers Cable Communications take immediate steps to preserve all logs, records, data, documentation and other information relating to this IP address, including, but not limited to, information regarding the identity, contact, billing information for users of this IP address, and logs and records of all activity, including messages received and sent, from this IP address to date.**

Thank you for your assistance and cooperation.  Please verify by Thursday, September 13, that you received this request.  If you have any questions, please contact me immediately at (206) 359-6104.

Very truly yours,

Joseph P. Cutler

JPC:jpc

cc:    Facebook, Inc.

# Exhibit C

## Cutler, Joseph P. (Perkins Coie)

| | |
|---|---|
| **From:** | Dana Drake [Dana.Drake@rci.rogers.com] |
| **Sent:** | Monday, September 10, 2007 6:40 AM |
| **To:** | Cutler, Joseph P. (Perkins Coie) |
| **Subject:** | Alleged Abuse by IP Address 74.117.158.224 |
| **Attachments:** | document.pdf |

Mr. Cutler:

Receipt of your letter of September 6, 2007 is hereby acknowledged.  Please be advised that Rogers has preserved the subscriber information for the above-noted IP address for the dates and times listed in your letter.  Please also be advised that due to Canadian privacy legislation, you are required to obtain a valid Ontario Court Order via Letters Rogatory.

Sincerely,

*Dana Drake*
Sr. Law Clerk
Rogers Communications Inc.
Legal Department
333 Bloor Street East, 9th Floor
Toronto, Ontario M4W 1G9
(416) 935-7759 Direct
(416) 935-7627 Fax

This e-mail is confidential and may be subject to solicitor/client privilege.  If the reader is not the intended recipient or its agent, please be advised that any dissemination, distribution or copying of the content of this e-mail is prohibited.  If you have received this e-mail in error, please notify us immediately and delete the e-mail without retaining or printing a copy.  Thank you.

# Exhibit D

**HONORABLE HOWARD R. LLOYD**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | |
| v. | **LETTER ROGATORY** |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| Defendants. | |

FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

The above civil action is pending in the United States District Court for the Northern District of California. Justice cannot be done between the parties without the assistance described herein. It is necessary for, and in the interest of Justice to obtain documents and information from, Look Communications Inc, 8250 Lawson Road, Milton, Ontario, L9T 5C6, within your jurisdiction.

1  The civil action in this Court involves a dispute regarding individuals using Internet

2  Protocol Address ("IP Address") 207.136.118.110.  These individuals are alleged to be

3  responsible for, or have first hand knowledge of, computer fraud and abuse perpetrated against

4  Facebook, Inc. ("Facebook").  Facebook alleges that the individuals using this IP Address gained

5  unauthorized access to its Web site and accessed more than 200,000 separate proprietary

6  Facebook Web pages and gathered private and proprietary information about Facebook users

7  such as usernames, passwords, network affiliations, and email addresses.  Facebook identified the

8  server that was used to access its site for this unauthorized access, and obtained a court order

9  authorizing it to obtain relevant information from the responsible Internet Service Provider.  The

10  logs obtained from that server indicate that the IP address referenced above was used to send

11  commands through that server to carry out the above referenced unauthorized activities on

12  Facebook's Web sites.  Look Communications Inc. is the Internet Service Provider that services

13  IP Address 207.136.118.110.  Based on its correspondence with Look Communications,

14  Facebook understands that Look possesses records, such as server logs, billing histories, and

15  contact information for the users of IP Address 207.136.118.110 that is necessary in order to

16  identify the proper defendants in this case.  Facebook sent a letter to Look Communications

17  asking that it preserve any and all information regarding this IP Address, including, but not

18  limited to, the identity of the individuals using it and/or paying for its use.  Look Communications

19  responded to Facebook that it indeed had the information requested, but could not disclose it

20  without a valid Canadian court order or Canadian law enforcement request.  Facebook anticipates

21  that this information will be used as evidence at the trial of this action.

22  THEREFORE, we request that, in the interest of Justice, you cause Look Communications

23  Inc. by your proper and usual process to produce the documents and things identified in Exhibit A

24  hereto.

25  WE SHALL be ready and willing to do the same for you in a similar case when requested.

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1    The fees and costs incurred in execution of the letters rogatory, including any costs

2    incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

3    course of your jurisprudence, require such costs to be borne by the producing party or defendant.

4

5

6    DATED:  September 20, 2007                    **PERKINS COIE** LLP

7                                                 By:_____/s/_____

8                                                             Lisa D. Olle

9                                                 Attorneys for Plaintiff
     FACEBOOK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1

## **EXHIBIT A**

2  **REQUEST FOR PRODUCTION NO. 1:**  Please produce all server logs related to Internet

3  Protocol Address ("IP Address") 207.136.118.110 between May 1, 2007 and June 30, 2007

4  including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged,

5  bandwidth usage, and any other information about the specific activities of users of this IP

6  Address during the specified dates.

7  **REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents and information related

8  to the identity and contact information for users and/or parties paying for use of IP Address

9  207.136.118.110 between May 1, 2007 and June 30, 2007.

10  **REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents related to the sale of

11  service for, use of, and payment for use of IP Address 207.136.118.110 between May 1, 2007 and

12  June 30, 2007 including, but not limited to, service contracts, billing statements, service change

13  notices, and/or correspondence between the user and/or paying party and Look Communications

14  Inc.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 4 -

1    WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2    States District Court for the Northern District of California on September _____, 2007.

3

4

5

6                                    By _____

7                                        Howard R. Lloyd
                                         Magistrate Judge
8

9

10

11

12

13   60406-0014/LEGAL13565017.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1
2
3
4
5
6
7
8

**HONORABLE HOWARD R. LLOYD**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | |
| v. | **LETTER ROGATORY** |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| Defendants. | |

FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL

AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

     The above civil action is pending in the United States District Court for the Northern

District of California.  Justice cannot be done between the parties without the assistance described

herein.  It is necessary for, and in the interest of Justice to obtain documents and information

from, Look Communications Inc, 8250 Lawson Road, Milton, Ontario, L9T 5C6, within your

jurisdiction.

1    The civil action in this Court involves a dispute regarding individuals using Internet

2    Protocol Address ("IP Address") 207.136.118.110.  These individuals are alleged to be

3    responsible for, or have first hand knowledge of, computer fraud and abuse perpetrated against

4    Facebook, Inc. ("Facebook").  Facebook alleges that the individuals using this IP Address gained

5    unauthorized access to its Web site and accessed more than 200,000 separate proprietary

6    Facebook Web pages and gathered private and proprietary information about Facebook users

7    such as usernames, passwords, network affiliations, and email addresses.  Facebook identified the

8    server that was used to access its site for this unauthorized access, and obtained a court order

9    authorizing it to obtain relevant information from the responsible Internet Service Provider.  The

10    logs obtained from that server indicate that the IP address referenced above was used to send

11    commands through that server to carry out the above referenced unauthorized activities on

12    Facebook's Web sites.  Look Communications Inc. is the Internet Service Provider that services

13    IP Address 207.136.118.110.  Based on its correspondence with Look Communications,

14    Facebook understands that Look possesses records, such as server logs, billing histories, and

15    contact information for the users of IP Address 207.136.118.110 that is necessary in order to

16    identify the proper defendants in this case.  Facebook sent a letter to Look Communications

17    asking that it preserve any and all information regarding this IP Address, including, but not

18    limited to, the identity of the individuals using it and/or paying for its use.  Look Communications

19    responded to Facebook that it indeed had the information requested, but could not disclose it

20    without a valid Canadian court order or Canadian law enforcement request.  Facebook anticipates

21    that this information will be used as evidence at the trial of this action.

22    THEREFORE, we request that, in the interest of Justice, you cause Look Communications

23    Inc. by your proper and usual process to produce the documents and things identified in Exhibit A

24    hereto.

25    WE SHALL be ready and willing to do the same for you in a similar case when requested.

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1    The fees and costs incurred in execution of the letters rogatory, including any costs

2    incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

3    course of your jurisprudence, require such costs to be borne by the producing party or defendant.

4

5

6    DATED:  September 20, 2007          **PERKINS COIE LLP**

7                                        By:_____/s/_____

8                                                      Lisa D. Olle

9                                        Attorneys for Plaintiff
     FACEBOOK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

## EXHIBIT A

**REQUEST FOR PRODUCTION NO. 1:**  Please produce all server logs related to Internet Protocol Address ("IP Address") 207.136.118.110 between May 1, 2007 and June 30, 2007 including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged, bandwidth usage, and any other information about the specific activities of users of this IP Address during the specified dates.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents and information related to the identity and contact information for users and/or parties paying for use of IP Address 207.136.118.110 between May 1, 2007 and June 30, 2007.

**REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents related to the sale of service for, use of, and payment for use of IP Address 207.136.118.110 between May 1, 2007 and June 30, 2007 including, but not limited to, service contracts, billing statements, service change notices, and/or correspondence between the user and/or paying party and Look Communications Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

- 4 -

1    WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2    States District Court for the Northern District of California on September _____, 2007.

3

4

5

6                                                By _____

7                                                   Howard R. Lloyd
                                                   Magistrate Judge
8

9

10

11

12

13   60406-0014/LEGAL13565017.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

# Exhibit E

1

2

3

4

5

6

7

8

9

10

11

**HONORABLE HOWARD R. LLOYD**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | |
| v. | **LETTER ROGATORY** |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| Defendants. | |

FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

     The above civil action is pending in the United States District Court for the Northern District of California. Justice cannot be done between the parties without the assistance described herein. It is necessary for, and in the interest of Justice to obtain documents and information from, Rogers Communications Inc, 333 Bloor Street East, Ninth Floor, Toronto, Ontario, M4W 1G9, within your jurisdiction.

1       The civil action in this Court involves a dispute regarding individuals using Internet

2   Protocol Address ("IP Address") 74.117.158.224.  These individuals are alleged to be responsible

3   for, or have first hand knowledge of, computer fraud and abuse perpetrated against Facebook, Inc.

4   ("Facebook").  Facebook alleges that the individuals using this IP Address gained unauthorized

5   access to its Web site and accessed more than 200,000 separate proprietary Facebook Web pages

6   and gathered private and proprietary information about Facebook users such as usernames,

7   passwords, network affiliations, and email addresses.  Facebook identified the server that was

8   used to access its site for this unauthorized access, and obtained a court order authorizing it to

9   obtain relevant information from the responsible Internet Service Provider.  The logs obtained

10  from that server indicate that the IP address referenced above was used to send commands

11  through that server to carry out the above referenced unauthorized activities on Facebook's Web

12  sites.  Rogers Communications Inc. is the Internet Service Provider that services IP Address

13  74.117.158.224.  Based on its correspondence with Rogers Communications, Facebook

14  understands that Rogers possesses records, such as server logs, billing histories, and contact

15  information for the users of IP Address 74.117.158.224 that is necessary in order to identify the

16  proper defendants in this case.  Facebook sent a letter to Rogers Communications asking that it

17  preserve any and all information regarding this IP Address, including, but not limited to, the

18  identity of the individuals using it and/or paying for its use.  Rogers Communications responded

19  to Facebook that it indeed had the information requested, but could not disclose it without a valid

20  Canadian court order or Canadian law enforcement request.  Facebook anticipates that this

21  information will be used as evidence at the trial of this action.

22      THEREFORE, we request that, in the interest of Justice, you cause Rogers

23  Communications Inc. by your proper and usual process to produce the documents and things

24  identified in Exhibit A hereto.

25  ///

26  ///

27  ///

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1   WE SHALL be ready and willing to do the same for you in a similar case when requested.

2   The fees and costs incurred in execution of the letters rogatory, including any costs

3   incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

4   course of your jurisprudence, require such costs to be borne by the producing party or defendant.

5

6   DATED:  September 20, 2007                    **PERKINS COIE LLP**

7

8   By:_____/s/_____
                              Lisa D. Olle

9   Attorneys for Plaintiff
    FACEBOOK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

**EXHIBIT A**

**REQUEST FOR PRODUCTION NO. 1:**  Please produce all server logs related to Internet

Protocol Address ("IP Address") 74.117.158.224 between May 1, 2007 and June 30, 2007

including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged,

bandwidth usage, and any other information about the specific activities of users of this IP

Address during the specified dates.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents and information related

to the identity and contact information for users and/or parties paying for use of IP Address

74.117.158.224 between May 1, 2007 and June 30, 2007.

**REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents related to the sale of

service for, use of, and payment for use of IP Address 74.117.158.224 between May 1, 2007 and

June 30, 2007 including, but not limited to, service contracts, billing statements, service change

notices, and/or correspondence between the user and/or paying party and Rogers

Communications Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1        WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2    States District Court for the Northern District of California on September _____, 2007.

3

4

5

6                           By _____

7                                 Howard R. Lloyd
                             Magistrate Judge

8

9

10

11

12

13   60406-0014/LEGAL13565072.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1

2

3

4

5

6

**HONORABLE HOWARD R. LLOYD**

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN JOSE DIVISION**

11

| | |
|---|---|
| 12  FACEBOOK, INC., a Delaware<br>     corporation,<br>13<br>                    Plaintiff,<br>14<br>        v.<br>15<br>     JOHN DOES 1-10, individuals; and JOHN<br>16  DOES 11-20, corporations,<br>17<br>                    Defendants. | Case No. C-07-03404 HRL<br><br>**LETTER ROGATORY** |

18

19  FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

20  CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL

21  AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

22          The above civil action is pending in the United States District Court for the Northern

23  District of California.  Justice cannot be done between the parties without the assistance described

24  herein.  It is necessary for, and in the interest of Justice to obtain documents and information

25  from, Rogers Communications Inc, 333 Bloor Street East, Ninth Floor, Toronto, Ontario, M4W

26  1G9, within your jurisdiction.

27

28

1     The civil action in this Court involves a dispute regarding individuals using Internet

2  Protocol Address ("IP Address") 74.117.158.224.  These individuals are alleged to be responsible

3  for, or have first hand knowledge of, computer fraud and abuse perpetrated against Facebook, Inc.

4  ("Facebook").  Facebook alleges that the individuals using this IP Address gained unauthorized

5  access to its Web site and accessed more than 200,000 separate proprietary Facebook Web pages

6  and gathered private and proprietary information about Facebook users such as usernames,

7  passwords, network affiliations, and email addresses.  Facebook identified the server that was

8  used to access its site for this unauthorized access, and obtained a court order authorizing it to

9  obtain relevant information from the responsible Internet Service Provider.  The logs obtained

10  from that server indicate that the IP address referenced above was used to send commands

11  through that server to carry out the above referenced unauthorized activities on Facebook's Web

12  sites.  Rogers Communications Inc. is the Internet Service Provider that services IP Address

13  74.117.158.224.  Based on its correspondence with Rogers Communications, Facebook

14  understands that Rogers possesses records, such as server logs, billing histories, and contact

15  information for the users of IP Address 74.117.158.224 that is necessary in order to identify the

16  proper defendants in this case.  Facebook sent a letter to Rogers Communications asking that it

17  preserve any and all information regarding this IP Address, including, but not limited to, the

18  identity of the individuals using it and/or paying for its use.  Rogers Communications responded

19  to Facebook that it indeed had the information requested, but could not disclose it without a valid

20  Canadian court order or Canadian law enforcement request.  Facebook anticipates that this

21  information will be used as evidence at the trial of this action.

22     THEREFORE, we request that, in the interest of Justice, you cause Rogers

23  Communications Inc. by your proper and usual process to produce the documents and things

24  identified in Exhibit A hereto.

25  ///

26  ///

27  ///

28

- 2 -

1    WE SHALL be ready and willing to do the same for you in a similar case when requested.

2    The fees and costs incurred in execution of the letters rogatory, including any costs

3    incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

4    course of your jurisprudence, require such costs to be borne by the producing party or defendant.

5

6    DATED:  September 20, 2007                    **PERKINS COIE LLP**

7

8    By:_____/s/_____
                              Lisa D. Olle

9    Attorneys for Plaintiff
     FACEBOOK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT A

**REQUEST FOR PRODUCTION NO. 1:**  Please produce all server logs related to Internet Protocol Address ("IP Address") 74.117.158.224 between May 1, 2007 and June 30, 2007 including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged, bandwidth usage, and any other information about the specific activities of users of this IP Address during the specified dates.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents and information related to the identity and contact information for users and/or parties paying for use of IP Address 74.117.158.224 between May 1, 2007 and June 30, 2007.

**REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents related to the sale of service for, use of, and payment for use of IP Address 74.117.158.224 between May 1, 2007 and June 30, 2007 including, but not limited to, service contracts, billing statements, service change notices, and/or correspondence between the user and/or paying party and Rogers Communications Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

- 2 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1      WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2  States District Court for the Northern District of California on September _____, 2007.

3

4

5

6                           By _____

7                               Howard R. Lloyd
                                Magistrate Judge

8

9

10

11

12

13  60406-0014/LEGAL13565072.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -