| | |
|---|---|
| 1 | James McCullagh, *pro hac vice* <br> jmccullagh@perkinscoie.com |
| 2 | Joesph Cutler, *pro hac vice* <br> jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP <br> 1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA 98101 <br> Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099 <br> dchiappetta@perkinscoie.com |
| 7 | Lisa D. Olle, Bar No. 228551 <br> lolle@perkinscoie.com |
| 8 | PERKINS COIE LLP <br> Four Embarcadero Center, Suite 2400 |
| 9 | San Francisco, CA 94111-4131 <br> Telephone: 415.344.7000 |
| 10 | Facsimile: 415.344.7050 |
| 11 | Attorneys for Plaintiff <br> FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, <br><br> Defendants. | Case No. C-07-03404 HRL <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY ON LOOK COMMUNICATIONS INC. AND ROGERS CABLE COMMUNICATIONS INC.** <br><br> Date: October 23, 2007 <br> Time: 10:00 a.m. <br> Dept.: 2, 5th Floor <br> Before: Honorable Howard R. Lloyd |

The Court, having considered plaintiff FACEBOOK, INC.'S Motion for Leave to Take Discovery on Look Communications Inc. ("Look") and Rogers Cable Communications Inc. ("Rogers"), hereby GRANTS the Motion. Therefore, it is hereby:

---

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13565458.1

1       ORDERED that plaintiff may serve discovery on third-party Internet Service Providers
2   ("ISPs") including Look Communications Inc. ("Look") and Rogers Cable Communications Inc.
3   ("Rogers") in order to obtain information into the identity of the persons responsible for the
4   unauthorized access of Facebook's computer system, including by serving the letters rogatory,
5   attached as Exhibits D and E to the Declaration of Joseph Cutler; and it is further
6       ORDERED that the initial case management conference, currently scheduled for October
7   2, 2007 shall be continued twelve weeks to December 24, 2007, files in the record, and good cause
8   having been shown:
9       IT IS SO ORDERED.
10      Dated this ____ day of October 2007.

                                                                     The Honorable Howard R. Lloyd

14  Presented by:
15  PERKINS COIE LLP

17  By: _____/S/_____
            Lisa D. Olle

18  Attorneys for Plaintiff FACEBOOK, Inc.