| | |
|---|---|
| 1 | James McCullagh, *pro hac vice*<br>jmccullagh@perkinscoie.com |
| 2 | Joesph Cutler, *pro hac vice*<br>jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA  98101<br>Telephone:  206.359.8000 |
| 5 | Facsimile:  206.359.9000 |

*E-FILED:  9.28.2007*

6  David P. Chiappetta, Bar No. 172099
   dchiappetta@perkinscoie.com
7  Lisa D. Olle, Bar No. 228551
   lolle@perkinscoie.com
8  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
9  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
10 Facsimile:  415.344.7050

11 Attorneys for Plaintiff
   FACEBOOK, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>**XXXXXXXX DENYING AS MOOT [PROPOSED] ORDER ~~GRANTING~~ *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON FACEBOOK, INC.'S MOTION FOR LEAVE TO TAKE FURTHER DISCOVERY, TO ISSUE LETTERS ROGATORY, AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:    October 23, 2007<br>Time:    10:00 a.m.<br>Dept.:   2, 5th Floor<br>Before:  Honorable Howard R. Lloyd |

Upon considering the *Ex Parte* Application by Facebook, Inc. for Order Shortening Time for Hearing on Facebook, Inc.'s Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case Management Conference, the Court having considered the moving

---

[~~PROPOSED ORDER~~] GRANTING *EX PARTE* APPLICATION
CASE NO.  C-07-03404 HRL

1  papers, files in the record, and good cause having been shown:

2  IT IS HEREBY ORDERED that Facebook's motion is ~~granted. The hearing for the~~ **denied as moot. Pursuant to Civil Local Rule 7-1(b), the court finds that the matter is appropriate for determination without oral argument.**
3  ~~Motion for Leave to Take Further Discovery, to Issue Letters Rogatory, and to Continue Case~~
4  ~~Management Conference will be rescheduled for_____~~

5  Dated this **28th** day of September 2007.

6

7  _____
   The Honorable Howard R. Lloyd

8

9  Presented by:

10  PERKINS COIE LLP

11

12  By: ____/S/_____
         Lisa D. Olle

13  Attorneys for Plaintiff FACEBOOK, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  60406-0014/LEGAL13581760.1

- 2 -

[~~PROPOSED~~ ORDER] GRANTING *EX PARTE* APPLICATION
CASE NO. C-07-03404 HRL