| | |
|---|---|
| 1  James McCullagh, *pro hac vice*<br>jmccullagh@perkinscoie.com<br>2  Joesph Cutler, *pro hac vice*<br>jcutler@perkinscoie.com<br>3  PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800<br>4  Seattle, WA  98101<br>Telephone:  206.359.8000<br>5  Facsimile:  206.359.9000<br><br>6  David P. Chiappetta, Bar No. 172099<br>dchiappetta@perkinscoie.com<br>7  Lisa D. Olle, Bar No. 228551<br>lolle@perkinscoie.com<br>8  PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400<br>9  San Francisco, CA  94111-4131<br>Telephone:  415.344.7000<br>10  Facsimile:  415.344.7050<br><br>11  Attorneys for Plaintiff<br>FACEBOOK, INC. | *E-FILED:  9.28.2007* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>            Defendants. | Case No. C-07-03404 HRL<br><br>[~~PROPOSED~~] ORDER GRANTING LEAVE TO TAKE DISCOVERY ON LOOK COMMUNICATIONS INC. AND ROGERS CABLE COMMUNICATIONS INC.<br> (MODIFIED BY THE COURT)<br>Date:     October 23, 2007<br>Time:    10:00 a.m.<br>Dept.:    2, 5th Floor<br>Before:   Honorable Howard R. Lloyd |

The Court, having considered plaintiff FACEBOOK, INC.'S Motion for Leave to Take Discovery on Look Communications Inc. ("Look") and Rogers Cable Communications Inc. ("Rogers"), hereby GRANTS the Motion.  Therefore, it is hereby:

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO.  C-07-03404 HRL
91004-1100/LEGAL13565458.1

| | |
|---|---|
| 1 | ORDERED that plaintiff may serve discovery on third-party Internet Service Providers |
| 2 | ("ISPs") ~~including~~ Look Communications Inc. ("Look") and Rogers Cable Communications Inc. |
| 3 | ("Rogers") in order to obtain information into the identity of the persons responsible for the |
| 4 | unauthorized access of Facebook's computer system, ~~including~~ by serving the letters rogatory, |
| 5 | attached as Exhibits D and E to the Declaration of Joseph Cutler; and it is further |
| 6 | ORDERED that the initial case management conference, currently scheduled for October |
| 7 | 2, 2007 shall be continued ~~twelve weeks~~ to ~~December 24, 2007,~~ **January 8, 2008, 1:30 p.m.** files in the record, and good cause |
| 8 | having been shown: |
| 9 | IT IS SO ORDERED. |
| 10 | Dated this __28th__ day of ~~October~~ **September** 2007. |

_____
The Honorable Howard R. Lloyd

Presented by:

PERKINS COIE LLP

By: _____/S/_____
         Lisa D. Olle

Attorneys for Plaintiff FACEBOOK, Inc.

- 2 -

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO TAKE DISCOVERY
CASE NO. C-07-03404 HRL
91004-1100/LEGAL13565458.1