**FILED**

SEP 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HONORABLE HOWARD R. LLOYD**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>          Defendants. | Case No. C-07-03404 HRL<br><br>**LETTER ROGATORY** |

FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

      The above civil action is pending in the United States District Court for the Northern District of California. Justice cannot be done between the parties without the assistance described herein. It is necessary for, and in the interest of Justice to obtain documents and information from, Rogers Communications Inc, 333 Bloor Street East, Ninth Floor, Toronto, Ontario, M4W 1G9, within your jurisdiction.

LETTER ROGATORY
CASE NO. C-07-03404 HRL

Dockets.Justia.com

1    The civil action in this Court involves a dispute regarding individuals using Internet

2  Protocol Address ("IP Address") 74.117.158.224. These individuals are alleged to be responsible

3  for, or have first hand knowledge of, computer fraud and abuse perpetrated against Facebook, Inc.

4  ("Facebook"). Facebook alleges that the individuals using this IP Address gained unauthorized

5  access to its Web site and accessed more than 200,000 separate proprietary Facebook Web pages

6  and gathered private and proprietary information about Facebook users such as usernames,

7  passwords, network affiliations, and email addresses. Facebook identified the server that was

8  used to access its site for this unauthorized access, and obtained a court order authorizing it to

9  obtain relevant information from the responsible Internet Service Provider. The logs obtained

10  from that server indicate that the IP address referenced above was used to send commands

11  through that server to carry out the above referenced unauthorized activities on Facebook's Web

12  sites. Rogers Communications Inc. is the Internet Service Provider that services IP Address

13  74.117.158.224. Based on its correspondence with Rogers Communications, Facebook

14  understands that Rogers possesses records, such as server logs, billing histories, and contact

15  information for the users of IP Address 74.117.158.224 that is necessary in order to identify the

16  proper defendants in this case. Facebook sent a letter to Rogers Communications asking that it

17  preserve any and all information regarding this IP Address, including, but not limited to, the

18  identity of the individuals using it and/or paying for its use. Rogers Communications responded

19  to Facebook that it indeed had the information requested, but could not disclose it without a valid

20  Canadian court order or Canadian law enforcement request. Facebook anticipates that this

21  information will be used as evidence at the trial of this action.

22    THEREFORE, we request that, in the interest of Justice, you cause Rogers

23  Communications Inc. by your proper and usual process to produce the documents and things

24  identified in Exhibit A hereto.

25  ///

26  ///

27  ///

28

- 2 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1      WE SHALL be ready and willing to do the same for you in a similar case when requested.

2      The fees and costs incurred in execution of the letters rogatory, including any costs

3  incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

4  course of your jurisprudence, require such costs to be borne by the producing party or defendant.

5

6  DATED:  September 20, 2007      **PERKINS COIE** LLP

7

8                  By:_____/s/_____

                          Lisa D. Olle

9                  Attorneys for Plaintiff

10                 FACEBOOK, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LETTER ROGATORY
CASE NO. C-07-03404 HRL

**EXHIBIT A**

1

2 **REQUEST FOR PRODUCTION NO. 1:** Please produce all server logs related to Internet

3 Protocol Address ("IP Address") 74.117.158.224 between May 1, 2007 and June 30, 2007

4 including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged,

5 bandwidth usage, and any other information about the specific activities of users of this IP

6 Address during the specified dates.

7 **REQUEST FOR PRODUCTION NO. 2:** Please produce all documents and information related

8 to the identity and contact information for users and/or parties paying for use of IP Address

9 74.117.158.224 between May 1, 2007 and June 30, 2007.

10 **REQUEST FOR PRODUCTION NO. 3:** Please produce all documents related to the sale of

11 service for, use of, and payment for use of IP Address 74.117.158.224 between May 1, 2007 and

12 June 30, 2007 including, but not limited to, service contracts, billing statements, service change

13 notices, and/or correspondence between the user and/or paying party and Rogers

14 Communications Inc.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

- 2 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1          WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2    States District Court for the Northern District of California on September ___28___, 2007.

3

4

5                                              By _____

6                                                 Howard R. Lloyd
                                                   Magistrate Judge
7

8

9

10

11

12

13    60406-0014/LEGAL13565072.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              - 3 -