# FILED

SEP 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HONORABLE HOWARD R. LLOYD**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | |
| v. | **LETTER ROGATORY** |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | |
| Defendants. | |

FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, UNITED STATES OF AMERICA, TO THE APPROPRIATE JUDICIAL AUTHORITY IN THE PROVINCE OF ONTARIO, CANADA.

The above civil action is pending in the United States District Court for the Northern District of California. Justice cannot be done between the parties without the assistance described herein. It is necessary for, and in the interest of Justice to obtain documents and information from, Look Communications Inc, 8250 Lawson Road, Milton, Ontario, L9T 5C6, within your jurisdiction.

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1    The civil action in this Court involves a dispute regarding individuals using Internet

2    Protocol Address ("IP Address") 207.136.118.110. These individuals are alleged to be

3    responsible for, or have first hand knowledge of, computer fraud and abuse perpetrated against

4    Facebook, Inc. ("Facebook"). Facebook alleges that the individuals using this IP Address gained

5    unauthorized access to its Web site and accessed more than 200,000 separate proprietary

6    Facebook Web pages and gathered private and proprietary information about Facebook users

7    such as usernames, passwords, network affiliations, and email addresses. Facebook identified the

8    server that was used to access its site for this unauthorized access, and obtained a court order

9    authorizing it to obtain relevant information from the responsible Internet Service Provider. The

10   logs obtained from that server indicate that the IP address referenced above was used to send

11   commands through that server to carry out the above referenced unauthorized activities on

12   Facebook's Web sites. Look Communications Inc. is the Internet Service Provider that services

13   IP Address 207.136.118.110. Based on its correspondence with Look Communications,

14   Facebook understands that Look possesses records, such as server logs, billing histories, and

15   contact information for the users of IP Address 207.136.118.110 that is necessary in order to

16   identify the proper defendants in this case. Facebook sent a letter to Look Communications

17   asking that it preserve any and all information regarding this IP Address, including, but not

18   limited to, the identity of the individuals using it and/or paying for its use. Look Communications

19   responded to Facebook that it indeed had the information requested, but could not disclose it

20   without a valid Canadian court order or Canadian law enforcement request. Facebook anticipates

21   that this information will be used as evidence at the trial of this action.

22   THEREFORE, we request that, in the interest of Justice, you cause Look Communications

23   Inc. by your proper and usual process to produce the documents and things identified in Exhibit A

24   hereto.

25   WE SHALL be ready and willing to do the same for you in a similar case when requested.

26

27

28

- 2 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL

1        The fees and costs incurred in execution of the letters rogatory, including any costs

2    incurred or demanded by your authority, shall be borne by the plaintiff unless you, in the normal

3    course of your jurisprudence, require such costs to be borne by the producing party or defendant.

4

5

6    DATED:  September 20, 2007       **PERKINS COIE** LLP

7           By:_____/s/_____

8                  Lisa D. Olle

9           Attorneys for Plaintiff
            FACEBOOK, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL

## EXHIBIT A

1

2  **REQUEST FOR PRODUCTION NO. 1:**  Please produce all server logs related to Internet

3  Protocol Address ("IP Address") 207.136.118.110 between May 1, 2007 and June 30, 2007

4  including, but not limited to, dates and times of use, Web sites visited, IP Addresses logged,

5  bandwidth usage, and any other information about the specific activities of users of this IP

6  Address during the specified dates.

7  **REQUEST FOR PRODUCTION NO. 2:**  Please produce all documents and information related

8  to the identity and contact information for users and/or parties paying for use of IP Address

9  207.136.118.110 between May 1, 2007 and June 30, 2007.

10  **REQUEST FOR PRODUCTION NO. 3:**  Please produce all documents related to the sale of

11  service for, use of, and payment for use of IP Address 207.136.118.110 between May 1, 2007 and

12  June 30, 2007 including, but not limited to, service contracts, billing statements, service change

13  notices, and/or correspondence between the user and/or paying party and Look Communications

14  Inc.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

- 4 -

1          WITNESS the Honorable Judge Howard R. Lloyd, Magistrate as Judge of the United

2   States District Court for the Northern District of California on September _____, 2007.

3

4

5

6                                        By _____

7                                           Howard R. Lloyd

8                                           Magistrate Judge

9

10

11

12

13   60406-0014/LEGAL13565017.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

LETTER ROGATORY
CASE NO. C-07-03404 HRL