| | |
|---|---|
| 1 | James McCullagh, *pro hac vice* |
|   | jmccullagh@perkinscoie.com |
| 2 | Joseph Cutler, *pro hac vice* |
|   | jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA 98101 |
|   | Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099 |
|   | dchiappetta@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111-4131 |
|   | Telephone: 415.344.7000 |
| 9 | Facsimile: 415.344.7050 |
| 10 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations, | |
| Defendants. | |

TO CLERK OF THE COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lisa Delehunt Olle, formerly of Perkins Coie LLP, is no longer counsel of record for plaintiff FACEBOOK, Inc. in the above-captioned matter. Lisa Delehunt Olle should be removed from any service lists. Perkins Coie LLP remains as counsel of

NOTICE OF CHANGE IN COUNSEL
CASE NO. C-07-03404 HRL

-1-

1 record for plaintiff FACEBOOK, Inc. in this matter.  All notices and pleadings in this action
2 should be served on David Chiappetta in the San Francisco office of Perkins Coie LLP at the
3 address specified above.

DATED:  December 13, 2007

**PERKINS COIE LLP**

By:/s/ *David P. Chiappetta*
      David P. Chiappetta
Attorneys for Plaintiff
FACEBOOK, INC.

60406-0014/LEGAL13802198.1

NOTICE OF CHANGE IN COUNSEL
CASE NO. C-07-03404 HRL

-2-