| | |
|---|---|
| 1 | James McCullagh, *pro hac vice* |
|   | jmccullagh@perkinscoie.com |
| 2 | Joseph Cutler, *pro hac vice* |
|   | jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA  98101 |
|   | Telephone:  206.359.8000 |
| 5 | Facsimile:  206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099 |
|   | dchiappetta@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA  94111-4131 |
|   | Telephone:  415.344.7000 |
| 9 | Facsimile:  415.344.7050 |
| 10 | Attorneys for Plaintiff |
|    | FACEBOOK, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCOVERY DEADLINES** |
| v. | |
| BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS, SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations, | Date:     January 8, 2008<br>Time:     1:30 p.m.<br>Dept.:    2, 5th Floor<br>Before:  Honorable Howard R. Lloyd |
| Defendants. | |

As further explained below, Plaintiff Facebook, Inc has recently been able to effect service on the defendants whose identities are known in the above-captioned action.  No defendant, however, has appeared to date before this Court.  Pursuant to Federal Rule of Civil

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND DISCOVERY DATES

CASE NO. C-07-03404 HRL

60406-0014/LEGAL13821972.2

Procedure 16(e), Civil L.R. 16-2(e) and the Standing Order Re: Initial Case Management and Discovery Disputes issued in this litigation, as the only party presently before this court, Plaintiff Facebook, Inc. thereby stipulates upon the Court's approval as follows:

1. By order dated September 28, 2007, this court continued the case management conference to January 8, 2008, and authorized plaintiff Facebook, Inc. to serve discovery on third-party Internet Service Providers ("ISPs") Look Communications Inc. ("Look") and Rogers Cable Communications Inc. ("Rogers") in order to obtain information relating to the identities of the persons responsible for the unauthorized access of Facebook's computer system.

2. Facebook initiated an action in Canada and presented the Canadian Court with the letters rogatory authorized by this Court in order to obtain the authority from the Canadian Courts to conduct the discovery referenced in paragraph 1 above.

3. On October 26, 2007, the Ontario Superior Court of Justice granted Facebook's request and Facebook thereafter served discovery on Look and Rogers to obtain information related to the identities of the persons responsible for the unauthorized access of Facebook's computer system.

4. Facebook received information from Rogers in early November and Look on November 30, 2007.

5. On December 12, 2007, Facebook filed its First Amended Complaint naming defendants Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings, Inc., Slickcash.com, and 1564476 Ontario Limited as defendants.

6. Facebook thereafter undertook to serve defendants with a copy of the First Amended Complaint, Summons, ECF Registration handout form U.S. District Court, Notice of Assignment of Case to a U.S. Magistrate Judge; Order Setting Initial Case Management Conference and ADR Deadlines, contents of Joint Case Management Statement, Consent to Proceed before a U.S. Magistrate Judge and Standing Order re: Initial Case Management and Discovery Disputes. Facebook received confirmation of service on defendant Ming Wu, Istra Holdings, Inc., Slickcash.com, and 1564476 Ontario Limited on December 18, 2007, and Brian Fabian on December 19, 2007.

7. On December 19, 2007, counsel for Facebook received a letter from Canadian counsel David Wilson with the firm Beard Winter, LLP indicating that they were counsel for defendants 1564476 Ontario Limited, Istra Holdings Inc., Brain Fabian, Josh Raskin and Ming Wu. A copy of that letter is attached as Exhibit A. Counsel for defendants also indicated that they were in the process of retaining U.S. counsel.

8. On December 21, 2007, counsel for Facebook spoke with Canadian counsel David Foulds with the firm Davis LLP, indicating that he represented defendant Josh Raskin. Mr. Foulds indicated that Mr. Raskin had not received service of the Summons and Complaint and that he would determine whether he was authorized to accept service of the Summons and Complaint on behalf of Mr. Raskin and inform Facebook of the decision after the upcoming holidays.

9. On December 21, 2007, counsel for Facebook forwarded a draft of this stipulation to Mr. Wilson. On December 24, 2007, Mr. Wilson stated that he could not sign this stipulation on account of the fact that he was not qualified to practice law in the State of California. A copy of the email received from Mr. Wilson is attached as Exhibit B.

10. Pursuant to Federal Rule of Civil Procedure 12, defendants have 20 days in which to respond to the complaint, thereby making the responses of defendant Ming Wu, Istra Holdings, Inc., Slickcash.com, and 1564476 Ontario Limited due on January 7, 2007, and that of Brian Fabian due on January 8, 2007.

11. As a result of the recent service of defendants, the parties did not conduct an initial conference of the parties on December 18, 2007 as required by the Order setting the Case Management Conference date of January 8, 2007. Dkt. 25.

12. In consideration of the fact that Facebook has worked diligently to obtain information related to the identity of the persons responsible for the unauthorized access of Facebook's computer system described in the First Amended Complaint and the fact that defendants are residents of Canada who were recently served or have not yet been served with the Summons, First Amended Complaint and other materials identified in paragraph 6 above, the parties

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND DISCOVERY DATES
CASE NO. C-07-03404 HRL

60406-0014/LEGAL13821972.2

1 | respectfully request that the Court continue the initial Case Management Conference to February 12, 2008.

13. A continuance of the Case Management Conference to February 12, 2008, permits the defendants to respond to Facebook's First Amended Complaint as provided by Federal Rule of Civil Procedure 12. It will also allow the parties to conduct their initial conference of the parties as proscribed by Fed. R. Civ. P. 26(f) on January 22, 2008, with a corresponding date of February 5, 2008 for the parties' initial disclosures as proscribed by Fed. R. Civ. P. 26(a).

DATED: December 26, 2007

**PERKINS COIE LLP**

By: _____/s/_____
      David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED**

Dated: _____  By: _____
                             United States Magistrate Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCOVERY DATES
CASE NO. C-07-03404 HRL

60406-0014/LEGAL13821972.2