UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FACEBOOK, INC., a Delaware corporation**

CASE No. C-07-03404

**Plaintiff**

v.

**Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals ; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations,**

Defendants,

AFFIDAVIT OF SERVICE OF IAN MacINTYRE

I, Ian MacIntyre, Process Server, of the Town of Port Perry, in the Province of Ontario;

MAKE OATH AND SAY:

1. ON December 18TH, 2007, at 11:25 A.M. I served **MING WU,** personally with the SUMMONS, PROOF OF ISSUE OF SUMMONS BY U.S. DISTRICT JUDGE, FIRST AMENDED COMPLAINT, ECF REGISTRATION HANDOUT FROM U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ORDER SETTING INITIAL MANAGEMENT CONFERENCE AND ADR DEADLINES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT and STANDING ORDER re: INITIAL MANAGEMENT AND DISCOVERY DISPUTES by leaving a copy with **MING WU** at 27 Forestvalley Road, Markham, Ontario.

Continued................................

2.  I was able to identify the person by means of his verbal acknowledgement to me that he was in fact **MING WU**.

```
SWORN BEFORE ME AT The City        )
Of Toronto,                        )
In the Province                    )
Of Ontario                         )
On December 31st, 2007             )  _____
                                   )   Ian MacIntyre
                                   )
_____        )
Notary Public in and for the Province of Ontario
```