UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FACEBOOK, INC., a Delaware corporation**

CASE No. C-07-03404

Plaintiff

v.

**Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals ; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations,**

Defendants,

AFFIDAVIT OF SERVICE OF RALPH PORCO

I, Ralph Porco, Process Server, of the City of Toronto, in the Province of Ontario;

MAKE OATH AND SAY:

1.  ON December 19TH, 2007, at 9:00 A.M. I served **BRIAN FABIAN**, personally with the SUMMONS, PROOF OF ISSUE OF SUMMONS BY U.S. DISTRICT JUDGE, FIRST AMENDED COMPLAINT, ECF REGISTRATION HANDOUT FROM U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ORDER SETTING INITIAL MANAGEMENT CONFERENCE AND ADR DEADLINES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT and STANDING ORDER re: INITIAL MANAGEMENT AND DISCOVERY DISPUTES by leaving a copy with **BRIAN FABIAN** at 48 Hayden Street, Toronto, Ontario.

Continued..............................

- Page 2 -

2.    I was able to identify the person by means of his verbal acknowledgement to me that he was in fact **BRIAN FABIAN**.

| | |
|---|---|
| SWORN BEFORE ME AT The City ) <br> Of Toronto, ) <br> In the Province ) <br> Of Ontario ) <br> On December 31st, 2007 ) <br> ) <br> ) <br> Notary Public in and for the Province of Ontario |  <br> Ralph Porco |

