UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FACEBOOK, INC., a Delaware corporation**  CASE No. C-07-03404

**Plaintiff**

v.

**Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals ; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations,**

Defendants,

AFFIDAVIT OF SERVICE OF GARRY KELLEY

I, Garry Kelley, Process Server, of the City of Toronto, in the Province of Ontario;

MAKE OATH AND SAY:

1. ON December 21ST, 2007, at 12:10 P.M. I served **JOSH RASKIN c/o BEARD WINTER LLP,** with the SUMMONS, PROOF OF ISSUE OF SUMMONS BY U.S. DISTRICT JUDGE, FIRST AMENDED COMPLAINT, ECF REGISTRATION HANDOUT FROM U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ORDER SETTING INITIAL MANAGEMENT CONFERENCE AND ADR DEADLINES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT and STANDING ORDER re: INITIAL MANAGEMENT AND DISCOVERY DISPUTES by leaving a copy with **VALERIE PAYNE** at 130 Adelaide Street West, Suite 701, Toronto, Ontario.

Continued................................

2. I was able to identify the person by means of her verbal acknowledgement to me that she was in fact **VALERIE PAYNE,** assistant to David J. Wilson, Solicitor at Beard Winter LLP and accepting service on behalf of Josh Raskin on the acceptance of service form attached hereto as exhibit "A" to this affidavit.

| | |
|---|---|
| SWORN BEFORE ME AT The City ) | |
| Of Toronto, ) | |
| In the Province ) | |
| Of Ontario ) | |
| On December 31st, 2007 ) | _____ |
| _[signature]_ ) | Garry Kelley |
| Notary Public in and for the Province of Ontario | |

# EXHIBIT A

This is Exhibit "A" referred to in the affidavit of Gary Kelley sworn before me, this 31st day of December, 2007
DAVID J. McGHEE
COMMISSIONER FOR TAKING AFFIDAVITS

1  James McCullagh, *pro hac vice*
   jmccullagh@perkinscoie.com
2  Joseph Cutler, *pro hac vice*
   jcutler@perkinscoie.com
3  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
4  Seattle, WA 98101
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000

6  David P. Chiappetta, Bar No. 172099
   dchiappetta@perkinscoie.com
7  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
8  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
9  Facsimile: 415.344.7050
   Attorneys for Plaintiff FACEBOOK, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
|---|---|
| Plaintiff, v. | **ACCEPTANCE OF SERVICE** |
| Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations, | |
| Defendants. | |

Undersigned counsel hereby accepts service of the Summons, Complaint and supporting documents in the above-captioned action on behalf of defendant Josh Raskin.

DATED: December 21st, 2007

By: *Valerie Payne*
per: David J. Wilson
     Beard Winter LLP
     130 Adelaide Street West, Suite 701
     Toronto, Ontario M5H 2K4
     CANADA
     (416) 306-1796
     djwilson@beardwinter.com
     Attorneys for Josh Raskin

ACCEPTANCE OF SERVICE
60406-0014/LEGAL13819902.1

-1-