UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FACEBOOK, INC., a Delaware corporation 　　　　　CASE No. C-07-03404

**Plaintiff**

v.

Brian Fabian, Josh Raskin, Ming Wu, and
JOHN DOES 4-10, individuals ; and Istra
Holdings Inc., Slickcash.com, 1564476
Ontario Limited, and JOHN DOES 14-20,
corporations,

　　　　　　　　　　Defendants,

AFFIDAVIT OF SERVICE OF IAN MacINTYRE

I, Ian MacIntyre, Process Server, of the Town of Port Perry, in the Province of Ontario;

　　　　　　　　　　　　　　　　　　　　　MAKE OATH AND SAY:

1.　　ON December 18TH, 2007, at 3:50 P.M. I served **SLICKCASH.COM,** with the SUMMONS, PROOF OF ISSUE OF SUMMONS BY U.S. DISTRICT JUDGE, FIRST AMENDED COMPLAINT, ECF REGISTRATION HANDOUT FROM U.S. DISTRICT COURT, NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE, CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE, ORDER SETTING INITIAL MANAGEMENT CONFERENCE AND ADR DEADLINES, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT and STANDING ORDER re: INITIAL MANAGEMENT AND DISCOVERY DISPUTES by leaving a copy with **CHARLIE WILSON** at 48 Hayden Street, Toronto, Ontario.

　　　　　　　　　　　　　　　　　　　　　　Continued................................

2. I was able to identify the person by means of his verbal acknowledgement to me that he was in fact **CHARLIE WILSON,** the person who appeared to be in control/authority of SLICKCASH.COM at the time of service.

| | |
|---|---|
| SWORN BEFORE ME AT The City Of Toronto, In the Province Of Ontario On December 31st, 2007 *[signature]* Notary Public in and for the Province of Ontario | *[signature]* ----------------------------------- Ian MacIntyre |