Paul S. Rosenlund (SBN 87660)
Gregory G. Iskander (SBN 200215)
DUANE MORRIS LLP
One Market, Spear Tower
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
psrosenlund@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc.,
1564476 Ontario Limited, and Slickcash.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations,<br><br>        Defendants. | Case No. C-07-03404 HRL<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES**<br><br>[Civil L.R. 6-2]<br><br>First Amended Complaint Filed: December 12, 2007<br><br>Current CMC: February 12, 2008<br>Proposed CMC: March 4, 2008 |

---

STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES;
Case No. C-07-03404 HRL

The Parties hereby seek to continue the currently scheduled case management conference.

The First Amended Complaint in this matter was filed on December 12, 2007, and served on defendants Brian Fabian, Ming Wu, Istra Holdings Inc., 1564476 Ontario Limited, and Slickcash.com on December 18 and 19, 2007, and on defendant Josh Raskin on January 11, 2008.

Plaintiff FaceBook, Inc. previously sought and received two continuances of the Case Management Conference, from October 2, 2007, to January 8, 2008, and then again to February 12, 2008.

Defendants filed their initial responsive pleading on February 1, 2008.

The Parties are currently engaged in negotiations to resolve this matter and desire additional time to continue negotiations prior to the currently scheduled Case Management Conference.

Further, Defendants' counsel has only recently been retained and requires additional time to prepare for the Case Management Conference and Rule 26 deadlines.

Therefore, Plaintiff FaceBook, Inc., and Defendants Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc., 1564476 Ontario Limited, and Slickcash.com , by and through their attorneys, hereby AGREE and STIPULATE:

1. To continue the Initial Case Management Conference, currently set for February 12, 2008, to March 4, 2008;

2. To continue all ADR and Rule 26 deadlines accordingly.

Dated: February 1, 2008          DUANE MORRIS LLP

                                 By:  /s/ Gregory G. Iskander
                                      Gregory G. Iskander
                                      Attorneys for Defendants

Dated: February 1, 2008          PERKINS COIE LLP

                                 By:  /s/ Joseph Cutler
                                      Joseph Cutler
                                      Attorneys for Plaintiff

DM1\1282622.1

STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES; Case No. C-07-03404 HRL