| | |
|---|---|
| 1 | Paul S. Rosenlund (SBN 87660) |
| 2 | Gregory G. Iskander (SBN 200215)<br>DUANE MORRIS LLP |
| 3 | One Market, Spear Tower<br>San Francisco, CA 94105-1104 |
| 4 | Telephone: 415-957-3000<br>Facsimile: 415-957-3001 |
| 5 | psrosenlund@duanemorris.com<br>ggiskander@duanemorris.com |
| 6 | |
| 7 | Attorneys for Defendants<br>Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc., |
| 8 | 1564476 Ontario Limited, and Slickcash.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. C-07-03404 HRL |
| Plaintiff, | **[PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | [Civil L.R. 6-2] |
| BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations, | First Amended Complaint Filed: December 12, 2007<br><br>Current CMC: February 12, 2008<br>Proposed CMC: March 4, 2008 |
| Defendants. | |

_____

[PROPOSED] ORDER; Case No. C-07-03404 HRL

# **ORDER**

Upon the Stipulation of the Parties and for Good Cause appearing, the Initial Case Management Conference shall be continued from February 12, 2008, to March 4, 2008. All ADR and Rule 26 disclosures shall continue accordingly.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge