Paul S. Rosenlund (SBN 87660)
Gregory G. Iskander (SBN 200215)
DUANE MORRIS LLP
One Market, Spear Tower
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
psrosenlund@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc.,
1564476 Ontario Limited, and Slickcash.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

_____
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; Case No. C-07-03404 HRL

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Signature, Attorney of Record.

Dated: February 1, 2008                    DUANE MORRIS LLP

                                           By: /s/ Gregory G. Iskander
                                               Paul S. Rosenlund
                                               Gregory G. Iskander
                                               Attorneys for Defendants

DM1\1285149.1