Paul S. Rosenlund (SBN 87660)
Gregory G. Iskander (SBN 200215)
DUANE MORRIS LLP
One Market, Spear Tower
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
psrosenlund@duanemorris.com
ggiskander@duanemorris.com

*E-FILED 2/5/2008*

Attorneys for Defendants
Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc.,
1564476 Ontario Limited, and Slickcash.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations, <br><br> Defendants. | Case No. C-07-03404 HRL <br><br> [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE <br><br> [Civil L.R. 6-2] <br><br> First Amended Complaint Filed: December 12, 2007 <br><br> Current CMC: February 12, 2008 <br> Proposed CMC: March 4, 2008 |

_____
[PROPOSED] ORDER; Case No. C-07-03404 HRL

# **ORDER**

Upon the Stipulation of the Parties and for Good Cause appearing, the Initial Case Management Conference shall be continued from February 12, 2008, to March 4, 2008. All ADR **deadlines are adjusted** and Rule 26 ~~disclosures shall continue~~ accordingly.

**IT IS SO ORDERED.**

Dated this __5th__ day of __February__, 2008

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

DM1\1285148.1

---

~~[PROPOSED]~~ ORDER; Case No. C-07-03404 HRL