Paul S. Rosenlund (SBN 87660)
Gregory G. Iskander (SBN 200215)
DUANE MORRIS LLP
One Market, Spear Tower
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
psrosenlund@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Brian Fabian, Josh Raskin, Ming Wu, Istra Holdings Inc.,
1564476 Ontario Limited, and Slickcash.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| FACEBOOK, INC., | Case No. C-07-03404 HRL |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE** |
| v. | |
| BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations, | |
| Defendants. | |

---

CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE; Case No. C-07-03404 HRL

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 25, 2008         DUANE MORRIS LLP

                                 By: /s/ Gregory G. Iskander
                                     Gregory G. Iskander
                                     Attorneys for Defendants

DM1\1295254.1

1

---