David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

Joseph P. Cutler, *pro hac vice*
jcutler@perkinscoie.com
James R. McCullagh, *pro hac vice*
Jmccullagh@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations,<br><br>Defendants. | Case No. C07-03404 HRL<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MARCH 4, 2008 CONFERENCE**<br><br>Date:  March 4, 2008<br>Time:  1:30 p.m.<br>Dept:  2, 5th Floor<br>Before:  Honorable Howard R. Lloyd |

Out of state counsel for Plaintiff Facebook, Inc. hereby respectfully request leave to appear before the Honorable Howard R. Lloyd via telephone for the Initial Case Management conference scheduled for March 4, 2008 at 1:30 p.m.

REQUEST TO APPEAR TELEPHONICALLY
CASE NO. C07 03404 HRL

60406-0014/LEGAL14034181.1

Joseph P. Culter and James McCullagh, attorneys for Plaintiff Facebook, have requisite knowledge and authority to participate in the Initial Case Management conference, but they reside in Seattle, Washington. Messrs. Cutler and McCullagh originally planned to attend in person, but are no longer able to attend in person. They therefore respectfully request to appear telephonically.

Dated: March 3, 2007

                                                        /S/
                                         David C. Chiappetta
                                         Attorneys for Plaintiff
                                         FACEBOOK, INC., a Delaware corporation