| | |
|---|---|
| 1 | David P. Chiappetta, (State Bar No. 172099) |
| 2 | dchiappetta@perkinscoie.com |
|   | Perkins Coie LLP |
| 3 | Four Embarcadero Center, Suite 2400 |
|   | San Francisco, CA 94111 |
| 4 | Tel.: (415) 344-7000      *ORDER E-FILED 3/4/2008* |
|   | Fax: (415) 344-7050 |

David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel.: (415) 344-7000
Fax: (415) 344-7050

*ORDER E-FILED 3/4/2008*

Joseph P. Cutler, *pro hac vice*
jcutler@perkinscoie.com
James R. McCullagh, *pro hac vice*
Jmccullagh@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206-359-8000
Facsimile: 206-359-9000

Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C07-03404 HRL |
| Plaintiff, | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT MARCH 4, 2008 CONFERENCE AND ORDER** |
| v. | Date: March 4, 2008 |
| JOHN DOES 1-10, individuals; and JOHN DOES 11-20, corporations, | Time: 1:30 p.m. |
|  | Dept: 2, 5th Floor |
| Defendants. | Before: Honorable Howard R. Lloyd |

Out of state counsel for Plaintiff Facebook, Inc. hereby respectfully request leave to appear before the Honorable Howard R. Lloyd via telephone for the Initial Case Management conference scheduled for March 4, 2008 at 1:30 p.m.

REQUEST TO APPEAR TELEPHONICALLY
CASE NO. C07 03404 HRL

60406-0014/LEGAL14034181.1

Joseph P. Culter and James McCullagh, attorneys for Plaintiff Facebook, have requisite knowledge and authority to participate in the Initial Case Management conference, but they reside in Seattle, Washington. Messrs. Cutler and McCullagh originally planned to attend in person, but are no longer able to attend in person. They therefore respectfully request to appear telephonically.

Dated: March 3, 2007

_____/S/_____
David C. Chiappetta
Attorneys for Plaintiff
FACEBOOK, INC., a Delaware corporation

## ORDER

Plaintiff's request is granted as to Messrs. Cutler and McCullagh. The court is informed that Mr. Chiappetta will appear at the case management conference in person.

Dated: March 4, 2008

IT IS SO ORDERED

Judge Howard R. Lloyd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA