# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   March 4, 2008                                    Time in Court: 7 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR:

**TITLE:**  Facebook, Inc. v. John Does 1-10
**CASE NUMBER**: C07-03404HRL
Plaintiff Attorney present: Joseph Cutler via telephone and David Chiappetta
Defendant Attorney present: Gregory Iskander

**PROCEEDINGS: Case Management Conference**


Matter is scheduled for a 5 day jury trial beginning January 26, 2009 with a pre-trial on January 20, 2009.

Court to issue written order.