*E-FILED 3/4/2008*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., | No. C07-03404 HRL |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| BRIAN FABIAN, JOSH RASKIN, MING WU and JOHN DOES 4-10, individuals; ISTRA HOLDINGS, INC., SLICKCASH.COM, 1564476 ONTARIO LIMITED and JOHN DOES 14-20, corporations, | |
| Defendant. | |

On March 4, 2008, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties shall have until April 25, 2008 to file a Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

The parties shall contact the chambers of Magistrate Judge Trumbull well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

Assuming the case does not settle, the parties shall complete their initial disclosures by April 4, 2008.

The following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | June 27, 2008 |
| Designation of Experts with Reports | August 1, 2008 |
| Designation of Rebuttal Experts with Reports | August 29, 2008 |
| Expert Discovery Cutoff | September 26, 2008 |
| Last Day for Hearing on Dispositive Motions | November 25, 2008, 10:00 a.m. |
| Final Pretrial Conference | January 20, 2009, 1:30 p.m. |
| Jury Trial (estimated 5 days) | January 26, 2009 |

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff. (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the undersigned's Standing Order re: Pretrial Preparation with regard to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

IT IS SO ORDERED.

Dated: March 4, 2008

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website (www.cand.uscourts.gov).

2

**5:07-cv-3404 Notice has been electronically mailed to:**

David P. Chiappetta dchiappetta@perkinscoie.com, cwides@perkinscoie.com,

docketsflit@perkinscoie.com, kkernan@perkinscoie.com

Joseph Perry Cutler JCutler@perkinscoie.com

Gregory G. Iskander ggiskander@duanemorris.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.