| | |
|---|---|
| 1 | James McCullagh, *pro hac vice* |
| | jmccullagh@perkinscoie.com |
| 2 | Joseph Cutler, *pro hac vice* |
| | jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA 98101 |
| | Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099 |
| | dchiappetta@perkinscoie.com |
| 7 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7000 |
| 9 | Facsimile: 415.344.7050 |
| 10 | Attorneys for Plaintiff |
| | FACEBOOK, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation, | Case No. C-07-03404 HRL |
| Plaintiff, | **STIPULATION OF DISMISSAL OF JOSH RASKIN** |
| v. | |
| BRIAN FABIAN, JOSH RASKIN, MING WU, and JOHN DOES 4-10, individuals; and ISTRA HOLDINGS, SLICKCASH.COM, 1564476 ONTARIO LIMITED, and JOHN DOES 14-20, corporations, | |
| Defendants. | |

STIPULATED DISMISSAL OF JOSH RASKIN
CASE NO. C-07-03404 HRL

60406-0014/LEGAL14150803.1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendant Josh Raskin be and hereby is dismissed without prejudice as a defendant in the above-captioned action.

DATED: April 28, 2008

**PERKINS COIE LLP**

By: /s/ David Chiappetta
David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.

DATED: April 28, 2008

**Duane Morris LLP**

By: /s/ Gregory G. Iskander
Gregory Iskander

Attorneys for Defendants Josh Raskin, Istra Holdings, Inc. (Slickcash.com), 1564476 Ontario Limited, Brian Fabian, and Ming Wu

- 2 -
STIPULATED DISMISSAL OF JOSH RASKIN
CASE NO. C-07-03404 HRL

60406-0014/LEGAL14150803.1