James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

David P. Chiappetta, Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff
FACEBOOK, INC.

*E-FILED 4/30/2008*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations,<br><br>Defendants. | Case No. C-07-03404 HRL<br><br>[PROPOSED] FINAL JUDGMENT ON CONSENT |

Defendant Istra Holdings, Inc. confesses judgment in favor of plaintiff Facebook, Inc. and authorizes the Court to enter judgment granting monetary relief in the sum of five hundred and thousand dollars ($500,000.00) in favor of plaintiff and against Istra Holdings, Inc. This Final Judgment on Consent is for monetary relief arising out of a Settlement Agreement between the parties, and does not alter or supersede the obligations of Defendant Istra Holdings, Inc. or any other defendants in this litigation under the Stipulated Order and Permanent Injunction entered in this litigation.

I consent to entry of this judgment against Istra Holdings, Inc., and in favor of Plaintiff Facebook, Inc. in the amount of $500,000.00.

DATED this 10th day of April, 2008.

**Istra Holdings, Inc.**
By_____
as President of Istra Holdings, Inc.

## VERIFICATION

I, Brian Fabian, verify under oath that I am President of defendant Istra Holdings, Inc. and that the above Confession of Judgment is authorized.

## ASSENT BY PLAINTIFF

Plaintiff Facebook, Inc. assents to the entry of the above Confession of Judgment authorized by defendant Istra Holdings, Inc.

DATED this 21st day of April, 2008.

FACEBOOK, INC.
By_____
Its Deputy General Counsel

Approved as to form by:

**PERKINS COIE** LLP

By:/s/ David Chiappetta
David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.

*and*

**Duane Morris LLP**
By: /s/ Gregory G. Iskander
Gregory Iskander
Attorneys For Defendant Istra Holdings, Inc.

## JUDGMENT

This matter came before the Court on the presentation by Plaintiff Facebook, Inc. of a consent judgment granting monetary relief against Defendant Istra Holdings, Inc. The Final Judgment By Consent is based on the consent of the Defendant.

Based on the Defendant's consent to the judgment, the Court enters judgment as follows:

1. Plaintiff is awarded judgment against Istra Holdings, Inc. on its claims under the Settlement Agreement in the amount of $500,000.

2. Each party shall bear its own costs and attorneys' fees.

DATED this 30th day of April, 20 08

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

60406-0014/LEGAL14005429.3

- 3 -
[PROPOSED] FINAL JUDGMENT ON CONSENT
CASE NO. C-07-03404 HRL