| | |
|---|---|
| 1 | James McCullagh, *pro hac vice*<br>jmccullagh@perkinscoie.com |
| 2 | Joseph Cutler, *pro hac vice*<br>jcutler@perkinscoie.com |
| 3 | PERKINS COIE LLP<br>1201 Third Avenue, Suite 4800 |
| 4 | Seattle, WA 98101<br>Telephone: 206.359.8000 |
| 5 | Facsimile: 206.359.9000 |
| 6 | David P. Chiappetta, Bar No. 172099<br>dchiappetta@perkinscoie.com |
| 7 | PERKINS COIE LLP<br>Four Embarcadero Center, Suite 2400 |
| 8 | San Francisco, CA 94111-4131<br>Telephone: 415.344.7000 |
| 9 | Facsimile: 415.344.7050 |
| 10 | Attorneys for Plaintiff<br>FACEBOOK, INC. |

*E-FILED 4/30/2008*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>Brian Fabian, Josh Raskin, Ming Wu, and JOHN DOES 4-10, individuals; and Istra Holdings Inc., Slickcash.com, 1564476 Ontario Limited, and JOHN DOES 14-20, corporations,<br><br>                    Defendants. | Case No. C-07-03404 HRL<br><br><br>**STIPULATED ORDER AND PERMANENT INJUNCTION** |

**WHEREAS** Plaintiff Facebook, Inc. ("Facebook") has commenced this action seeking, among other relief, a permanent injunction enjoining Defendants Istra Holdings, Inc. ("Istra Holdings"), 1564476 Ontario Limited ("Ontario Limited"), Brian Fabian ("Fabian"), and Ming

---

STIPULATED ORDER AND PERMANENT INJUNCTION
CASE NO. C-07-03404 HRL

Wu ("Wu") (the defendants hereafter to be referred to as the "Defendants"), and their officers, agents, servants, and employees, and those persons acting in concert or participation with them, from directly or indirectly from becoming members of, accessing, paying third parties to access, or introducing automated codes or scripts designed to access, Web sites owned or operated by Facebook ("Facebook.com"), or from attempting to contact members of Facebook.com using any information, including but not limited to names, email addresses, or screen names obtained from, or verified as valid by, access to Facebook.com;

**WHEREAS** the parties have consented, pursuant to the Settlement Agreement between them, to the entry of a permanent injunction against Defendants, the terms of which are set forth below.

**THEREFORE** the parties stipulate as follows:

1. The Court has jurisdiction over the subject matter at issue in this action. The Defendants consent to the jurisdiction of this Court for the purpose of entry and enforcement of this Stipulated Order and Permanent Injunction, but for no other purpose.

2. The Defendants, their officers, agents, servants, employees, successors, and assigns, and any persons acting in active concert or participation with them who receive actual notice of this Order by personal service or otherwise be, and they are, hereby immediately and permanently and forever enjoined from:

    a. Retaining or using any information that was obtained from Facebook.com, including but not limited to, the code used to introduce the automated script on Facebook.com, any programs and/or software code designed to obtain information from the Facebook.com, any and all information returned to the defendants as a result of the script's, program's, and/or software's operation, and any other information gathered from Facebook.com

and/or about Facebook users as alleged in the Complaint in the above-captioned matter, and that they will not use such information for any purpose;

   b.  Becoming members of, accessing, paying third parties to access, or introducing automated codes or scripts designed to access, Facebook.com for a period of ten (10) years from the effective date of the Settlement Agreement between the parties in this matter; and

   c.  Attempting to contact members of Facebook.com using any information obtained from Facebook.com as alleged in the above-captioned matter, including but not limited to names, email addresses, or screen names obtained from, or verified as valid by, access to Facebook.com;

   d.  Participating, assisting, aiding, abetting, or engaging in any transaction with, any other person or entity engaging in or performing any of the activities in paragraphs a or b above;

  3.  This Stipulated Order and Permanent Injunction is final and may not be appealed by either party;

  4.  The Court shall retain jurisdiction to enforce this Stipulated Order and Permanent Injunction and the settlement agreement between the Parties;

1  DATED this 10th day of April, 2008.

2

3  **FACEBOOK, INC.**                                **ISTRA HOLDINGS, INC.**

4

5  By: *[signature]*                                 By *[signature]*
      MARK HOWITSON                                     Brian Fabian
6            (print name)                                    (print name)
   Its: Deputy General Counsel                       Its President
7            (title)                                         (title)

8

9  **1564476 ONTARIO LIMITED**

10

11 By *[signature]*
      Brian Fabian
12        (print name)
   Its Director
13        (title)

14

15 **BRIAN FABIAN**                                  **MING WU**

16

17 By *[signature]*                                  By *[signature]*
      Brian Fabian                                      Ming Wu
18        (print name)                                    (print name)

19

20 It is hereby ORDERED, ADJUDGED AND DECREED

21 DONE AND ORDERED this 30th day of April, 2008.

22

23

24                                                   *[signature]*

25                                              The Honorable Howard R. Lloyd
26                                                 United States Magistrate Judge

27

28

- 4 -
STIPULATED ORDER AND PERMANENT INJUNCTION
CASE NO. C-07-03404 HRL

Approved as to form by:

**PERKINS COIE** LLP

By:/s/ David Chiappetta
David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC.

*and*
**Duane Morris LLP**

By: /s/ Gregory G. Iskander
Gregory Iskander

Attorneys for Defendants Istra Holdings, Inc., 1564476 Ontario Limited, Brian Fabian, and Ming Wu

60406-0014/LEGAL14005432.2